UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVAN SANTIAGO, )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>WILLIAM J FEENEY, MARCUS, )<br>EDDINGS, and the CITY OF BOSTON, )<br>    Defendants )<br> ) | C.A No. 04-10746 JLT |

**NOTICE OF APPEARANCE**

Please enter my appearance as co-counsel to the Plaintiff Ivan Santiago in the above-captioned proceeding.

Respectfully submitted,
The Plaintiff Ivan Santiago,
By his attorneys,


//S//Jessica D Hedges
Jessica D Hedges (BBO No. 567431)
HRONES & GARRITY
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T)617/227-4019

**CERTIFICATE OF SERVICE**

I, Jessica D. Hedges, hereby certify that on this 30th day of September, 2004, I have served a copy of the foregoing NOTICE OF APPEARANCE, where unable to do so electronically, via United States, First-Class Mail, postage prepaid, as follows:  Stephen G Cox, Asst Corp Counsl, City of Boston/Law Dept, City Hall, Rm 615, Boston, MA 02201.

//S//Jessica D Hedges
Jessica D. Hedges