UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   04 CV 10746 JLT

| | |
|---|---|
| IVAN SANTIAGO,<br>      Plaintiff<br><br>v.<br><br>WILLIAM J. FEENEY, MARCUS EDDINGS, and the CITY OF BOSTON,<br>      Defendants | |

## CERTIFICATION OF DEFENDANT CITY OF BOSTON

Defendant City of Boston hereby certifies pursuant to Local Rule of Federal Procedure 16.1(D)(3) that undersigned counsel and the City's representatives have conferred (1) with a view toward establishing a budget for the costs of conducting the full course – and various courses – of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON

Merita A. Hopkins
Corporation Counsel
By its attorney,


S/Stephen G. Cox
_____
Stephen G. Cox
Assistant Corporation Counsel
BBO# 566943
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4064