UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 CV 10746 JLT

IVAN SANTIAGO,
    Plaintiff

v.

WILLIAM J. FEENEY, MARCUS EDDINGS, and the CITY OF BOSTON,
    Defendants

## CERTIFICATION OF THE DEFENDANT, MARCUS EDDINGS PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D)(3), counsel and an authorized representative of the Defendant, Marcus Eddings, certify that they have conferred regarding a budget for this litigation and the availability of alternative dispute resolution programs.

Respectfully submitted,

DEFENDANT, MARCUS EDDINGS
Merita A. Hopkins
Corporation Counsel
By its attorney,

S/Stephen G. Cox
_____
Stephen G. Cox
Assistant Corporation Counsel
BBO# 566943
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4064