UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 30  A 10: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IVAN SANTIAGO,<br>    Plaintiffs,<br><br>v.<br><br>WILLIAM J FEENEY, MARCUS,<br>EDDINGS, and the CITY OF BOSTON,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A No. 04-10746 JLT |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1

The undersigned party and counsel certify that we have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
The Plaintiff Ivan Santiago,
By his attorneys,

_____
Ivan Santiago

_____
Jessica D Hedges (BBO No. 567431)
Stephen B. Hrones (BBO No. 242860)
HRONES & GARRITY
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T)617/227-4019

### CERTIFICATE OF SERVICE

I, Jessica D. Hedges, hereby certify that on this 30 day of September, 2004, I have served a copy of the foregoing PLAINTIFF IVAN SANTIAGO'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1, where unable to do so electronically, via United States, First-Class Mail, postage prepaid, as follows: Stephen G Cox, Asst Corp Counsl, City of Boston/Law Dept, City Hall, Rm 615, Boston, MA 02201.

_____
Jessica D. Hedges