UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IVAN SANTIAGO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10746-JLT |
| | * | |
| WILLIAM J. FEENEY, MARCUS EDDINGS, | * | |
| and the CITY OF BOSTON, | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

September 30, 2004

TAURO, J.

After a hearing on September 30, 2004, this court hereby orders that:

1. Plaintiff may depose William J. Feeney, Marcus Eddings, William Shaw, Kenneth Hearns, Paul Quinn, and Juan Seone;

2. Defendant may depose Ivan Santiago, Rolando Lugo, Jacqueline Lugo, and Gladys Colon;

3. The Parties must complete discovery by January 28, 2005;

4. The Parties are to appear before this court for a Further Conference on February 8, 2005 at 10:30 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge