UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   04 CV 10746 JLT

IVAN SANTIAGO,
    Plaintiff

v.

WILLIAM J. FEENEY, MARCUS EDDINGS, and the CITY OF BOSTON,
    Defendants

## DEFENDANT MARCUS EDDINGS AND DEFENDANT WILLIAM FEENEY'S MOTION FOR SUMMARY JUDGMENT

Defendants Marcus Eddings and William Feeney respectfully request that this Honorable Court grant partial summary judgment in their favor as to Counts I and II of the Plaintiff's Complaint, pursuant to Fed. R. Civ. P. 56(b), insofar as those counts allege that the Plaintiff's strip search was a violation of his constitutional rights.   As grounds for their motion, Defendants state that the Plaintiff's constitutional rights were not violated.  Defendants further state that they are entitled to qualified immunity.

In support of their Motion, Defendants submit the attached Memorandum of Law and *Local Rule 56.1 Statement of Facts and Supporting Exhibits.*

**DEFENDANTS REQUESTS AN ORAL ARGUMENT FOR THIS MOTION.**

1

2

Respectfully submitted,

DEFENDANTS, MARCUS EDDINGS and
WILLIAM J. FEENEY

Merita A. Hopkins
Corporation Counsel
By his attorney,


S/Stephen G. Cox
_____
Stephen G. Cox    BBO# 566943
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4064