UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   04 CV 10746 JLT

| |
|---|
| IVAN SANTIAGO,<br>        Plaintiff<br><br>v.<br><br>WILLIAM J. FEENEY, MARCUS EDDINGS, and the CITY OF BOSTON,<br>        Defendants |

### DEFENDANT MARCUS EDDINGS AND DEFENDANT WILLIAM FEENEY'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

Defendants Marcus Eddings and William Feeney ("Defendants") hereby move for leave to submit a Memorandum of Law in excess of twenty (20) pages pursuant to Local Rule 7.1(B)(4).

In support of this Motion, the Defendants state that the Plaintiff alleges he was deprived of his right to be free from unreasonable searches and seizures in violation of 42 U.S.C. §1983 and his Fourth and Fourteenth Amendment rights as guaranteed by the United States Constitution, and that Defendants violated the Plaintiff's civil rights under M.G.L. c.12, §11I.  Since the claims against the Defendants encompass similar law and fact, and in lieu of being overly duplicative, the Defendants submit one Memorandum in support of both of their Motions.  The Defendants state that their Memorandum exceeds twenty pages because sufficient length was necessary to adequately apprise the Court of the Plaintiff's constitutional claims and the Defendants' position and defenses to such claims.

2

Respectfully submitted,

DEFENDANTS, MARCUS EDDINGS and
WILLIAM J. FEENEY
Merita A. Hopkins
Corporation Counsel
By his attorney,


S/Stephen G. Cox
_____
Stephen G. Cox    BBO# 566943
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4064