UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   04 CV 10746 JLT

IVAN SANTIAGO,
    Plaintiff

v.

WILLIAM J. FEENEY, MARCUS EDDINGS, and the CITY OF BOSTON,
    Defendants

### DEFENDANT, CITY OF BOSTON'S MOTION FOR SUMMARY JUDGMENT

Defendant, City of Boston ("City") respectfully requests that this Honorable Court grant summary judgment in its favor, pursuant to Fed. R. Civ. P. 56(b). As grounds for its motion, the City states that Plaintiff Ivan Santiago's constitutional rights were not violated, the Plaintiff has failed to identify a City custom or policy of deliberate indifference to the rights of its citizens, and the Plaintiff has failed to establish that the actions of the City were the moving force behind his alleged injuries.

In support of its Motion, the City submits the attached Memorandum of Law and *Local Rule 56.1 Statement of Facts and Supporting Exhibits*

.

**DEFENDANT REQUESTS AN ORAL ARGUMENT FOR THIS MOTION.**

        Respectfully submitted,
        DEFENDANT, CITY OF BOSTON
        Merita A. Hopkins
        Corporation Counsel
        By its attorney,


        S/Stephen G. Cox
        _____
        Stephen G. Cox   BBO# 566943
        Assistant Corporation Counsel
        City of Boston Law Department
        Room 615, Boston City Hall
        Boston, Massachusetts 02201
        (617) 635-4064