Page 1

```
            VOLUME: I
            PAGES: 1 to 71
            EXHIBITS: One
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action
No. 04 CV 10746 JLT

IVAN SANTIAGO,                )
        Plaintiff,            )
                              )
                              )
v.                            )
                              )
WILLIAM J. FEENEY,            )
MARCUS EDDINGS, and           )
the CITY OF BOSTON,           )
        Defendants.           )

DEPOSITION of IVAN SANTIAGO, a witness called on behalf of the Defendants, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Myriam A. Maracas, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the City of Boston Law Department, City Hall, Boston, Massachusetts, on Tuesday, January 18, 2005, commencing at 1:20 p.m.

G&M COURT REPORTERS & ASSOCIATES
(617) 338-0030

Page 2

```
 1
 2
 3   APPEARANCES:
 4
     HRONES AND GARRITY
 5      (by Stephen Hrones, Esq.)
        Lewis Wharf, Bay 232, Boston, MA
 6      02110-3927, for the Plaintiff.
 7
 8   CITY OF BOSTON LAW DEPARTMENT
        (by Stephen G. Cox, Esq.)
 9      City Hall, Boston, MA 02201,
        for the Defendants.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1
           I N D E X
 2
     Testimony of:      Direct    Cross
 3
 4   Ivan Santiago
 5
       (by Mr. Cox)      4
 6
 7
 8         E X H I B I T S
 9   No.    Description      Page
10
     1   Diagram.            68
11
12
```

Page 4

```
 1            PROCEEDINGS
 2       MR. COX: I'll put the usual
 3   stipulations on the record.
 4       MR. HRONES: Yes.
 5       MR. COX: All objections, except as
 6   to form, are reserved until trial. Motions
 7   to strike are reserved until trial. Will
 8   the witness read and sign?
 9       MR. HRONES: Yes.
10       MR. COX: The witness will read and
11   sign. We'll waive the notary. Is 30 days
12   okay?
13       MR. HRONES: Fine.
14            IVAN SANTIAGO
15   A witness called for examination by
16   counsel for the Defendants, having been
17   first duly sworn, was examined and testified
18   as follows:
19         DIRECT EXAMINATION
20   BY MR. COX:
21  Q. Good afternoon.
22  A. Hi.
23  Q. My name is Stephen Cox and I represent the
24     City of Boston and Police Officers William
```

Page 5

```
 1    Feeney and Marcus Eddings. We're going to
 2    ask you some questions today about the
 3    complaint that you brought; and before we
 4    start, I'll just tell you a few groundrules
 5    to keep in mind so it goes smoothly.
 6          First, have you ever had your
 7    deposition taken before?
 8  A. Is it what we're doing?
 9        MR. HRONES: Don't ask. Look at
10    me. Just listen to him.
11  Q. Have you ever been questioned in a situation
12    like this?
13  A. Yes.
14  Q. And when was that?
15  A. That was when I went to talk to Attorney
16    Hrones about this situation.
17  Q. And aside from that, any other times?
18  A. No, sir.
19  Q. Wait until I finish asking a question before
20    you give an answer because everything that
21    we're saying is being taken down, so we
22    don't want to talk over each other. Keep
23    your voice up. If at any point you don't
24    understand a question or something is not
```

Page 6

1  clear for some reason, just let me know and
2  I'll rephrase it.
3  A. Okay.
4  Q. If you don't tell me that, I'll assume that
5  you understand the question and you're
6  answering truthfully; okay?
7  A. Okay.
8  Q. If at any point, you would like to take a
9  break, if you want some water or you want to
10  speak to your attorney, just let me know;
11  okay?
12  A. Okay.
13  Q. What did you do to prepare to come here
14  today? Did you speak to anybody about this
15  deposition?
16  A. No, sir.
17  Q. Have you spoken to Jacqueline Lugo about
18  this deposition?
19  A. No.
20  Q. When was the last time you spoke to
21  Ms. Lugo?
22  A. I think it was the day before Christmas or
23  Christmas Eve.
24  Q. And where does she live?

Page 7

1  A. She lives in Portland, Maine.
2  Q. Do you know her address?
3  A. No. I do have it, but I don't know it off
4  the top of my head.
5  Q. Okay. Did you speak to Rolando Lugo about
6  today's deposition?
7  A. No. I haven't seen him since the incident.
8  Q. You haven't seen him at all since March of
9  2003?
10 A. Right.
11 Q. Was that the last time you spoke to him?
12 A. That's the last time I seen or spoke to
13  him.
14 Q. Do you know where he lives?
15 A. No, sir.
16 Q. Did you review any documents before coming
17  here today?
18 A. Yes.
19 Q. And what documents did you review?
20 A. I don't know how to put it. The same things
21  we're doing right now; but I did it with
22  Internal Affairs, because it's been a while.
23 Q. Sure. The transcript from Internal Affairs?
24 A. Thank you. I didn't know what it was

Page 8

1  called.
2  Q. That's fine. Anything else?
3  A. No, sir.
4  Q. Are you currently taking any medications?
5  A. No, sir.
6  Q. Have you consumed alcohol in the last 24
7  hours?
8  A. Actually, Saturday.
9  Q. That's fine.
10 A. Birthday party. It was at a --
11 Q. You don't have to explain. And where do you
12  currently live?
13 A. I stay at 109 Standard Street.
14 Q. Stanton?
15 A. Standard.
16 Q. Standard?
17 A. Yes.
18 Q. And where is that?
19 A. Mattapan, Mass. 02126.
20 Q. And whose residence is that?
21 A. My girlfriend's, my new girlfriend's.
22 Q. And what's her name?
23 A. Zulek Perez.
24 Q. Zulek?

Page 9

1  A. Z U L E K, Perez, P E R E Z.
2  Q. And how long have you stayed at that
3  residence?
4  A. Almost a year.
5  Q. Okay. And before that, where did you stay?
6  A. With Jacqueline.
7  Q. And where was that?
8  A. It was Strong, Maine.
9  Q. And how long did you stay in Strong, Maine?
10 A. Not even a year. Almost a year. I can't
11  remember. I know it didn't pass a year so
12  around a year, around there.
13 Q. And before that, did you stay with
14  Jacqueline? I'm sorry. Go ahead. Where
15  did you stay before that?
16 A. Before Maine, we lived at 58 Chaney Street.
17  That's where the incident happened.
18 Q. So the two of you moved from Chaney Street
19  and you went up to Strong, Maine?
20 A. To Maine, yes, sir.
21 Q. And why did you move to Maine?
22 A. Because we had to leave. After the incident
23  happened, we had to leave the apartment.
24 Q. Okay. We'll talk more about that. Did

Page 10

1    someone live in Strong, Maine?
2  A. Yes; her mother.
3  Q. And that's who you went to live with?
4  A. No. We lived with her for a couple of
5    months. Her landlord had an extra house
6    that we rented out.
7  Q. Okay. Why did you leave Strong, Maine?
8  A. I left because it's stressful. I mean, I
9    couldn't find a job. It was just too
10   stressful, too hectic, and I decided to go
11   out and find myself, try to do what I have
12   to do, and I was honest and I told her, "I
13   want to leave. I want to get out."
14   Basically, it was between us. It has
15   something to do with the case; but then,
16   again, it was personal stuff between us.
17 Q. Okay. And so when you came back, you came
18   back to live in Mattapan?
19 A. With my mother, yes. That's where my mother
20   lives.
21 Q. So you lived with your mother for a short
22   time and then moved with a new girlfriend?
23 A. Yes.
24 Q. And do you have any children?

Page 11

1  A. Three.
2  Q. And what are their names and ages?
3  A. I got two with Jackie and one with my new
4    girlfriend now, so my oldest son's name is
5    Gabriel. I've got a little daughter named
6    Dream. And my new son is named Romeo.
7  Q. And could you just tell me your education?
8    Did you go to school in the Boston area?
9  A. Yes. I went to Dorchester High.
10 Q. Did you graduate from there?
11 A. No.
12 Q. And when did you leave Dorchester High?
13 A. I left in my junior year.
14 Q. And can you tell me, do you currently work?
15 A. No. I just recently went -- I was supposed
16   to go to a job interview today, but instead,
17   I had to come here. So I got to go sometime
18   this week.
19 Q. Okay. When was the last time you worked?
20 A. A long time. A long time.
21 Q. If you remember.
22 A. I would say, I think it was -- that happened
23   in '98. I would say 2002. It was before
24   the incident. I used to work at Stop &

Page 12

1    Shop. It was before the incident.
2  Q. Have you ever been a Plaintiff in a lawsuit
3    before?
4  A. No. This is the first time.
5  Q. Have you ever had any claims against the
6    City of Boston or any other municipality?
7  A. No, sir.
8  Q. Have you ever been a Defendant in a civil
9    lawsuit?
10 A. No, sir.
11 Q. Have you ever been arrested?
12 A. Yes and no, because I was a juvenile. I was
13   13. I was skipping school. I was at
14   Forrest Hills Station and at the time, they
15   said that no kids -- they didn't catch any
16   kids in any T stops, that they are going to
17   arrest them and have their parents come up
18   so that's what happened. But ever since
19   then, no.
20 Q. Other than that, nothing?
21 A. Other than that, nothing.
22 Q. Okay. Do you have a primary care physician
23   or a doctor that you see regularly?
24 A. No. I haven't been to a physician or to a

Page 13

1    doctor since the age of 12.
2  Q. Since the age of 12?
3  A. Yes.
4  Q. Have you had to go to a hospital for any
5    reason?
6  A. Yes. I had tonsillitis. This was like this
7    past summer. Yes, this past summer.
8  Q. Other than that, have you ever been to a
9    hospital?
10 A. No, sir.
11 Q. Okay. We're here for an incident that
12   occurred on March 20th, 2003, correct?
13 A. Yes.
14 Q. And this incident occurred at 58 Chaney
15   Street?
16 A. Yes.
17 Q. And you said before that this is where you
18   lived?
19 A. Yes.
20 Q. And who else lived at that address at the
21   time of this incident?
22 A. Jackie, Jacqueline, my X girlfriend; my son;
23   and her brother occasionally stayed. He
24   came and left.

Page 14

1  Q. And when you say, "occasionally," at the
2     time in March of 2003, was 58 Chaney Street
3     where he slept every night?
4  A. No. That morning, he just came in, like
5     around 10:00. Then a half hour later,
6     10:30, that's when it all happened. He just
7     came in.
8  Q. During this time period, was there any night
9     of the week that he would sleep over?
10 A. Oh, yes. Of course. I would say two or
11    three times out of a week, he stayed.
12 Q. And your son, Gabriel, was there?
13 A. Yes.
14 Q. And do you remember what time the police
15    arrived, approximately?
16 A. 10:30.
17 Q. I'm going to hand you a piece of paper, and
18    this isn't to test your artistic skills, but
19    just to make my questions easier about what
20    happened. You can take that pen. What I
21    would like you to do is just using that
22    whole sheet of paper, if you could just draw
23    the general diagram of 58 Chaney Street, the
24    apartment that you were in when the police

Page 15

1     came, so I can use that.
2  A. The inside or the outside?
3  Q. The inside. Just the inside of the
4     apartment, the rooms.
5  A. You come in, there is a little hallway
6     here. The bathroom is here, our bedroom,
7     and there is the middle room, because once
8     you go in, there is a little -- it's like a
9     little main entrance. Like when you come in
10    like this, it's like this. Then a little
11    hallway. There is the kitchen. The
12    bathroom is in the hallway and then you go
13    into the living room, and then that's where
14    you go in the living room. My son's room is
15    right next to the TV. It's a two-bedroom
16    apartment. There is one next to the
17    bathroom and this one is off the living
18    room.
19 Q. And just mark "living room" where that is.
20 A. (Witness complies)
21 Q. So the living room is at the very end of the
22    hallway?
23 A. Yes, sir.
24 Q. And this area here is nothing?

Page 16

1  A. Is nothing. It's like a wall here. Once
2     you come in, you see the living room right
3     here. It's a pretty big living room. Then
4     when you go into the saloon, you take a
5     left. That's where my son's room is at.
6     Then if you come down, because there are no
7     doors in between, everything just leads --
8     the only door is just the main door, the
9     back door, which is right here, and the
10    kitchen, my son's room, the bathroom, and
11    our bedroom. That's it.
12 Q. Okay. So tell me the first thing that you
13    remember happening when the police arrived.
14 A. Well, they came in through the main
15    entrance. Me and my brother-in-law at the
16    time, Rolando, we were playing video games.
17       MR. HRONES: Do you want him to
18    still use the drawing or not?
19       MR. COX: Yes.
20 Q. As we talk about him, I might ask you to
21    mark more. So you and Rolando were in the
22    living room playing video games?
23 A. Yes.
24 Q. And what was the first thing you heard or

Page 17

1     how did you first come to know that police
2     were in the apartment?
3  A. My girlfriend was in the kitchen at the
4     time; and she seen them coming, because it's
5     a big building so it has an entrance through
6     the back. It has an entrance through the
7     back. Once you go through the back door of
8     the kitchen, there is a little hallway that
9     was leading to the second and third floors
10    and it leads to the back. So when you go
11    out to take out the trash and everything,
12    you go through the back. That hallway leads
13    to this door, too. You can go around. So
14    we had two entrances to the apartment, the
15    main door and the back door, but they came
16    in through the back of the building, but not
17    through the back door to our apartment, and
18    went around and came through the front.
19 Q. So Jacqueline was in the kitchen and --
20 A. Yes.
21 Q. And where was Gabriel?
22 A. With her. So she saw them. She came to
23    tell us that the police are about to raid
24    somebody in the facility. I can't remember

Page 18

1  exactly what she said, but she said
2  something around there.
3  Q. Did she actually come physically? Did she
4  reach the living room?
5  A. Yes. She came to us because we had the
6  shades up and everything. She saw them and
7  she came and told us. Now it's coming
8  back. One of the officers heard her so
9  that's when they just came. I don't even
10 know how they even got in because the top
11 lock was locked. The bottom lock is not
12 even a lock. It's just a top one.
13 Q. I'm going to take you back a little to make
14 sure we cover everything. You're in the
15 living room with Rolando playing video
16 games?
17 A. Yes.
18 Q. And Jacqueline comes to the living room and
19 says something along the line -- tell me
20 again the gist of what she said.
21 A. She was in the kitchen. I forgot what she
22 was doing, but she saw the cops come in
23 through the back entrance of the apartment.
24 Of the building. I'm sorry. Of the

Page 19

1  building. Then she saw them. She came to
2  us. We were in the sitting room and she
3  said that there are cops here, that they are
4  about to raid somebody in the facility.
5  Q. And was Gabriel with her?
6  A. Yes.
7  Q. Was she holding him?
8  A. Yes.
9  Q. And after she says this, what's the next
10 thing you remember happening after she says
11 that?
12 A. Of the cops coming into the apartment.
13 Q. And so when the police came into the
14 apartment, you, Rolando, Jacqueline, and
15 Gabriel were in the living room?
16 A. No. She was right here.
17 Q. You are just indicating sort of just in
18 through the main --
19 A. Yes. Like the little main hall. We were in
20 the living room. She was like in between
21 the living room and the main entrance. Like
22 right here, basically.
23 Q. And it's from that location just outside the
24 living room that she said something to you

Page 20

1  and Rolando?
2  A. Yes.
3  Q. And was it immediate then; as soon as she
4  said that, did you actually see the police
5  officers or did you hear something first?
6  A. It kind of happened too fast. Once she said
7  that, it's just like a matter of three
8  seconds, they already were coming in through
9  the door.
10 Q. And what's the next thing that you remember
11 happening?
12 A. Once they came in, they told us, "Put your
13 hands up." They came and put Rolando in
14 handcuffs. Then they put me in handcuffs.
15 Then they showed us the warrant. They said,
16 "We have warrants to search the facility."
17 They showed Jacqueline. They showed her.
18 Then they separated us. They took her.
19 Q. So how many officers do you remember coming
20 into the living room area?
21 A. About seven, eight officers.
22 Q. And so as soon as they came in, they
23 handcuffed you and Rolando?
24 A. They handcuffed him first and me.

Page 21

1  Q. Where were you and Rolando sitting when you
2  were playing the video games?
3  A. We were in the living room. I think we were
4  on the floor, I think. Yes, I was on the
5  floor. He was like right next to me, but
6  not sitting down.
7  Q. Did they give you any instructions? Did
8  they tell you to turn around?
9  A. They put us on the floor. They just lied us
10 down straight on our bellies and put our
11 hands behind our backs and handcuffed us.
12 Q. When they first came into the living room,
13 they had both of you lay on the floor?
14 A. Yes.
15 Q. Did you see what happened to Jacqueline when
16 they came in?
17 A. They took her and took her to our bedroom.
18 Q. So after you and Rolando were handcuffed on
19 the ground, what happened?
20 A. They separated us. They took him into my
21 son's room. Then they took me and set me
22 down on the sofa in the living room.
23 Q. And you said before they separated you, they
24 said that they had a search warrant or was

Page 22

1   that after you were separated?
2 A. This was before. Before we all were
3   separated, they showed us -- I don't really
4   know nothing about the search warrant
5   because we were --
6 Q. Were you still on the ground when they said
7   that or had they lifted you up to stand up?
8 A. They already had me sitting down.
9 Q. Was it immediately after they handcuffed you
10   that they stood you up and put you on the
11   sofa?
12 A. Yes.
13 Q. And was Rolando on the sofa, too, before
14   they separated you?
15 A. No. Once they handcuffed both of us, they
16   stood him up, took him into my son's room
17   and took me into the living room to the
18   sofa, which is a couple of steps, two
19   steps.
20 Q. And were you able to see into -- can you see
21   into your son's room from the living room?
22 A. Yes, because it's like I'm sitting right
23   here and that's my son's door. And then I
24   could look. I can't look into our bedroom

Page 23

1   because I was sitting like right here. I
2   could see my son's room. I could also see
3   everything else, so I had a clear view of
4   everything.
5 Q. Just make a "1" where you were sitting.
6 A. I was right there.
7 Q. Circle that.
8 A. Okay.
9 Q. Okay. Just so it's clear later on when
10   we're looking at it, if we need to.
11       And what else do you remember,
12   then? They said they had a search warrant?
13   Did they say anything else to you?
14 A. No. They didn't speak to me about the
15   search warrant. It was Jacqueline at the
16   time.
17 Q. It was Jacqueline?
18 A. Yes, because that's all I heard. Once they
19   handcuffed us, that's all I heard. She was
20   the only one there. They said, "We have a
21   search warrant to search the apartment."
22 Q. So they didn't say that to you; they were
23   saying that to Jacqueline and you overheard
24   it?

Page 24

1 A. Yes.
2 Q. And could you hear it because Jacqueline was
3   standing just outside?
4 A. Yes. Exactly.
5 Q. And you heard them say they had a search
6   warrant?
7 A. Yes.
8 Q. Did you hear them say anything else?
9 A. No. After that, I couldn't believe it.
10 Q. When you were seated on the sofa in the
11   living room, how many -- when you were
12   seated on the sofa and separated from
13   Rolando, how many officers were in the
14   living room?
15 A. I would say about six. Six to seven,
16   because it was eight. I know it was around
17   eight officers, but there was like two with
18   him and the rest were in the living room
19   area searching around.
20 Q. So two officers took Rolando into your son's
21   room?
22 A. Yes.
23 Q. And then there were other officers? Did the
24   number change? Was it the same officers who

Page 25

1   stayed in the living room or were there
2   different ones coming and going?
3 A. They were coming in and out. From when they
4   came in, there were at least eight, but I
5   know there were some more outside probably.
6   I'm just making a suggestion, because a few
7   of them came in. It was so much.
8 Q. After the police officers told Jacqueline
9   that they had a search warrant, what did
10   they do with her?
11 A. They took her into our bedroom. I don't
12   know what happened in there at all.
13 Q. From where you were sitting in the living
14   room, could you see your bedroom?
15 A. Yes.
16 Q. Down the hall?
17 A. Yes, I could see the bedroom door, but I
18   couldn't see inside.
19 Q. And what's the next thing you remember
20   happening?
21 A. They frisked me. One cop frisked me.
22 Q. Was this after you had been seated on the
23   sofa?
24 A. Yes. This is after I had been seated.

Page 26

1   About three different officers frisked me.
2   Q. And when you were frisked, were you told to
3   stand up?
4   A. Yes.
5   Q. And how did they frisk you? What did they
6   do?
7   A. They just do it normally. They checked my
8   pockets. They asked me if I had any weapons
9   or sharp objects. I said, "No." It was
10  just a normal frisk.
11  Q. And had you been frisked before, when you
12  say "normal"?
13  A. Yes. Of course. I mean, not like on the
14  street. Cops come, whatever. They just
15  frisk you.
16  Q. And you said you were searched, frisked
17  about three times?
18  A. I was frisked three times, yes. Exactly
19  three times.
20  Q. And did any of the officers say anything to
21  you while they were frisking you?
22  A. I don't remember.
23  Q. Do you remember saying anything to them
24  while they were frisking you?

Page 27

1   A. No.
2   Q. And what's the next thing you remember
3   happening after you were frisked? Let's
4   just stop it at this point. How much time
5   has passed from when the police came into
6   the apartment to the time that you were
7   searched the third time?
8   A. About 15, 20 minutes.
9   Q. Okay. So what happened after that?
10  A. After the third time I got frisked, after
11  they all already destroyed our apartment,
12  they searched everything. After they
13  frisked me for the third time, they take
14  them. They were searching my son's room.
15  They took him.
16  Q. "Him" being Rolando?
17  A. Yes, Rolando. They took him. Then after
18  they took him, four officers left. There
19  were two Caucasians, one Hispanic, and one
20  black man.
21  Q. Now, when you were sitting during this
22  period where you were sitting in the living
23  room, did you hear any conversation in your
24  son's room between the officers and Rolando?

Page 28

1   A. No, sir.
2   Q. And there were two officers in your son's
3   room with Rolando?
4   A. Yes.
5   Q. And was it the same two the whole time?
6   A. I don't know. I just seen two. While I was
7   getting frisked, everybody was moving around
8   so it was hard. I'm just saying from when
9   it first happened, that's what I seen.
10  Q. And then those same two officers took
11  Rolando out of your son's room?
12  A. Yes.
13  Q. And how long had they been in that room with
14  Rolando?
15  A. I would say five to ten minutes tops.
16  Q. And were they within your sight the whole
17  time or was there any point where you
18  couldn't see what was going on?
19  A. The door was closed.
20  Q. They closed the door?
21  A. Once they took him in there, they closed the
22  door. I didn't hear nothing. I didn't see
23  nothing. I just saw when they went in and
24  they took him out.

Page 29

1   Q. So the two officers went into your son's
2   room with Rolando, closed the door, and then
3   the next time it opened, the same two
4   officers came out with him?
5   A. (Witness shakes head)
6   Q. I'm sorry. Is that what happened?
7   A. Yes.
8   Q. And when the officers came out with him,
9   where did they go?
10  A. They took him outside.
11  Q. So they went out the main door?
12  A. Outside. What happened after that, I don't
13  know.
14  Q. And at the point where they took him
15  outside, where was Jacqueline? Do you
16  know? Was she still --
17  A. No.
18  Q. -- in the bedroom?
19  A. No.
20      MR. HRONES: Wait until he finishes
21  the question. She's got to take it down.
22  Wait.
23  Q. Just so we're not talking over each other.
24  I know it's hard.

Page 30

1  A. At that point, when they took him, they
2     brought her up.
3  Q. Was that before or after they took Rolando
4     out, if you remember?
5  A. She was there before they took him out. I
6     was on the same spot on the sofa the whole
7     time. They brought her out. She sat about
8     like a good angle from me.
9  Q. In the hallway?
10 A. In the hallway, yes. There was a little
11    brown chair.
12 Q. You made a star with a circle around it.
13    There was a chair in the hallway and was she
14    handcuffed when they brought her out of the
15    bedroom?
16 A. No. She wasn't handcuffed at all.
17 Q. At any point, did you see her handcuffed?
18 A. No, she was not.
19 Q. When they brought her out of your bedroom,
20    where was Gabriel?
21 A. With her.
22 Q. Was Gabriel with her the whole time?
23 A. Yes.
24 Q. So she was holding him?

Page 31

1  A. Yes.
2  Q. How old was he at the time?
3  A. Two years old.
4  Q. And she sat in that chair in the hallway; is
5     that right?
6  A. She sat down on that chair with my son on
7     her lap.
8  Q. And it was after that that the officers came
9     out of your son's room with Rolando?
10 A. Yes, sir.
11 Q. And after they left, what's the next thing
12    that happened?
13 A. That's when the Hispanic cop came and told
14    the black cop that was next to me to go take
15    him to the bathroom and search him.
16 Q. Do you remember those specific words?
17 A. Yes.
18 Q. Anything else?
19 A. No.
20 Q. Before this was said, you said that the
21    black officer was standing next to you?
22 A. Yes.
23 Q. And you were seated?
24 A. Yes.

Page 32

1  Q. And how long had he been there standing next
2     to you?
3  A. After the third frisk, it's like they -- how
4     do you say it? They designated him to watch
5     me just in case if anything happened, he
6     was -- all three of them, they put him to
7     watch me, basically.
8  Q. Is that because something was said or you're
9     just kind of assuming based on how it
10    happened? I'm just wondering if anything
11    was said to the officer about watching you
12    or anything like that.
13 A. No. He just told him to watch him and once
14    they were searching the house, the sofa,
15    everything, the rooms, once they took him,
16    the Hispanic cop was right in front of my
17    son's door. I could see him. He told the
18    officer standing next to me to take me to
19    the bathroom and search me.
20 Q. And he actually said, "Take him to the
21    bathroom"?
22 A. Yes.
23 Q. And could you describe what that officer
24    looked like? You called him an Hispanic?

Page 33

1  A. He was short. He had short hair. No
2     glasses. He had no facial hair. He was
3     kind of a little bit chubby. I can't say
4     fat or husky. He was a little bit chubby.
5  Q. When you say, "Hispanic," what makes you say
6     he's Hispanic?
7  A. Because he spoke Spanish to us. He was
8     speaking Spanish to Jacqueline.
9  Q. And what was he saying when he was speaking
10    Spanish?
11 A. I don't know.
12 Q. Do you speak Spanish?
13 A. Yes. Of course.
14 Q. Could you hear what he was saying?
15 A. I was hearing but at the time, I couldn't
16    understand what he was saying. Like it was
17    too much noise. I just heard him and she
18    was talking back to him. I was still here.
19    He's there talking to her. Then every other
20    cop is talking. So it's hard to hear, but I
21    heard him. That's all I heard him say.
22 Q. When he was talking to her, was that when
23    she was seated in the hallway?
24 A. Yes, sir.

Page 34

1  Q. So after Rolando was taken out, this officer
2     says to the black officer to take you to the
3     bathroom and search you?
4  A. Yes, sir.
5  Q. And was Jacqueline still seated in the
6     hallway --
7  A. Yes.
8  Q. -- at that time?
9  A. Yes.
10 Q. And was there anyone else in the living room
11    other than the black officer? You said
12    there were four officers total?
13 A. Yes, four officers.
14 Q. Where were the other two officers when this
15    was said?
16 A. It was in the little main entrance. Right
17    here, I suppose.
18 Q. You just made a line just inside the main
19    door?
20 A. Yes.
21 Q. That's where the other two officers were?
22 A. Yes.
23 Q. And was the Hispanic officer the same
24    officer who told Jacqueline in the beginning

Page 35

1     that they had a search warrant?
2  A. I didn't see that. I didn't see who said
3     what. I just heard it.
4  Q. You just heard that?
5  A. Yes.
6  Q. Okay. So after the Hispanic officer told
7     the black officer to take you to the
8     bathroom and search you, what happened
9     next?
10 A. The officer told me to get up. I got up.
11    We get to the door in the bathroom, takes
12    off my cuffs, we go in, and he tells me to
13    take off piece by piece first.
14 Q. I'll just stop you there. How was he
15    dressed, the black officer?
16 A. He was not in uniform.
17 Q. He wasn't in uniform?
18 A. No, he wasn't in uniform.
19 Q. Did you notice any of the officers wearing
20    gloves?
21 A. All of them.
22 Q. All of them?
23 A. Yes.
24 Q. Including the black officer?

Page 36

1  A. Yes. Every officer in the house was wearing
2     gloves.
3  Q. Okay. Did the black officer say anything to
4     you from the time -- were you handcuffed
5     behind your back?
6  A. Yes.
7  Q. And so you stood up and walked with the
8     officer to the bathroom in front of the
9     bathroom?
10 A. Mm-hmm.
11 Q. Yes?
12 A. Yes.
13 Q. And did he say anything to you in the
14    hallway before you reached the door?
15 A. I don't remember, honestly.
16 Q. So you would have walked past Jacqueline?
17 A. Walked past Jacqueline and the two officers.
18 Q. And Jacqueline was seated there with
19    Gabriel?
20 A. Yes.
21 Q. And was there an officer standing with her,
22    too?
23 A. No.
24 Q. She was just by herself?

Page 37

1  A. By herself.
2  Q. And what happened to the Hispanic officer
3     after he said that to the black officer?
4  A. He was still on the same spot in front of my
5     son's door. That's the last time I seen
6     him. When he said that, he picked me up and
7     we left. I didn't see him move or
8     anything. That was the last place where I
9     seen him at.
10 Q. And so the black officer took the handcuffs
11    off of you before you went into the
12    bathroom?
13 A. Yes, sir.
14 Q. And he kept the handcuffs on him?
15 A. Yes, he did.
16 Q. Okay. You then went into the bathroom?
17 A. Mm-hmm.
18 Q. You have to answer yes or no.
19 A. Yes.
20 Q. And what happened? Was the door closed?
21 A. Yes. He closed the door.
22 Q. He closed the door?
23 A. Yes.
24 Q. And did he close it all the way or did he

Page 38

1  leave it a little bit open?
2  A. He closed it all the way.
3  Q. What's the next thing that you remember
4     happening?
5  A. He's telling me to take off my clothes piece
6     by piece. Shirt first. I took off my
7     shirt. Then he searched the shirt, went
8     like, you know. Then he told me --
9  Q. So you took off your shirt and handed it to
10    him?
11 A. Yes. He searched it. Then he told me to
12    take -- I had jeans. I took off my jeans,
13    and he searched the pants. Then I had
14    basketball shorts under. I took them off.
15    He searched them. Then I had boxers. I
16    took them off, and he searched them. Then
17    he told me to turn around. From the time he
18    told me to turn around, I was facing the
19    tub. It's a pretty small bathroom. It's
20    pretty small.
21 Q. When you walk in the bathroom door, what's
22    straight ahead of you when you walk in the
23    bathroom door?
24 A. As you walk in, the tub, the toilet, and the

Page 39

1     sink.
2  Q. So the tub is right in front of you and then
3     on the wall to your left is the sink?
4  A. And then right next to it is the toilet.
5  Q. And the toilet is in between the sink and
6     the tub?
7  A. Yes.
8  Q. And at the time, as the officer was telling
9     you to remove the articles, your articles of
10    clothing, where was he standing?
11 A. Right behind. Like when we came in the
12    door, he was right here.
13 Q. So his back was towards the wall?
14 A. Towards the door, yes.
15 Q. And you were standing between the officer
16    and the tub?
17 A. Yes.
18 Q. Okay.
19 A. So then he tells me to turn around. So at
20    the time he tells me to turn around, I'm
21    facing the tub and he tells me to bend over
22    and spread them.
23 Q. Before that, had he said anything else to
24    you?

Page 40

1  A. No, sir.
2  Q. Was he giving instructions about what to do
3     with your clothes, what to take off?
4  A. Yes. Just one item at a time. It was the
5     shirt first, then hand it over, the pants.
6     Just like that. One item at a time.
7  Q. And he was wearing gloves?
8  A. Yes, sir.
9  Q. And when you would hand him an article of
10    clothing, he would search, like he would
11    give you the pants? He looked in the
12    pockets?
13 A. Yes. He searched everything. He searched
14    the pants, everything.
15 Q. And other than giving you instructions about
16    what articles of clothing to take off, did
17    he say anything else to you?
18 A. No, sir.
19 Q. Okay. And when he told you to bend over,
20    what did you physically do? Did you lean on
21    the tub?
22 A. No, I didn't lean. I just bent over exactly
23    like -- I put my hands on the tub and he
24    told me to spread them, so I was like this

Page 41

1     and I spread my cheeks.
2  Q. When he told you to turn around, you're
3     facing the tub and you took your hands and
4     you put them on the edge of the tub?
5  A. Yes, sir.
6  Q. And tell me what you did.
7  A. Then he told me to spread them, and I
8     grabbed my hands and spread my cheeks.
9     That's when he looked and I just felt like
10    about an inch, like that, go in and go
11    around. You don't mind if I demonstrate?
12 Q. No.
13 A. He just went like this and went like
14    around.
15 Q. Just for the record, because obviously, this
16    isn't going to be on the record, you're
17    taking your middle finger and you're sort of
18    putting it into your other hand, your thumb
19    and your forefinger about up to the first
20    joint; is that fair?
21 A. Yes.
22 Q. And you just did a movement with your hand,
23    your right hand?
24 A. Yes.

Page 42

1  Q. Could you just do that again so I could
2     describe it?
3  A. Like when you are trying to clean a bottle
4     or something, wiping something off like
5     that, just like that.
6  Q. And so you just turned your right hand just
7     sort of a half -- if it's a clock, you just
8     went from six o'clock to nine o'clock and
9     then back around to three o'clock?
10 A. Basically, yes.
11 Q. Where were your hands when he did this?
12 A. They were on my cheeks.
13 Q. So you were standing up?
14 A. No. I was bending over.
15 Q. And with both of your hands?
16 A. Yes. I was bending over just like this and
17    my hands were on my cheeks.
18 Q. Okay. I know it's hard. I appreciate you
19    telling me.
20        Now, after he did that, did he say
21    anything to you?
22 A. Just to put my clothes back on.
23 Q. And what did he do, if anything?
24 A. He took off his gloves and threw them on the

Page 43

1     floor.
2  Q. He threw them on the floor?
3  A. Yes.
4  Q. Is that all he said to you, to put your
5     clothes back on?
6  A. Yes, sir.
7  Q. And so you put your clothes back on and
8     what's the next thing that happened?
9  A. He handcuffs me again. Then we go back to
10    the original spot where I was sitting at in
11    the living room.
12 Q. And when you came out of the bathroom, was
13    Jacqueline still seated there with Gabriel?
14 A. Yes, sir.
15 Q. And did you see any of the other three
16    officers when you first came out of the
17    bathroom?
18 A. Yes, sir. I seen the same three officers
19    over there.
20 Q. And were they in the same spots, because
21    before you went in, the Hispanic officer was
22    outside of your son's room; is that right?
23 A. Yes, sir.
24 Q. And was he still there when you came out?

Page 44

1  A. He was with the other two officers.
2  Q. He was over with the two officers in front
3     of the main entrance area?
4  A. Yes, sir.
5  Q. And then the black officer walked you over
6     to the couch where you had been seated
7     before?
8  A. Yes, sir.
9  Q. And what happened?
10 A. The other officers asked him if he's clean
11    or not. You know, he said, "Yes, he's
12    clean. He has nothing."
13 Q. And you remember those words being spoken?
14 A. Yes.
15 Q. Do you remember which officer asked that?
16 A. No, I don't.
17 Q. Was that before you were seated that you
18    heard that being said?
19 A. It was after I was seated because I sat
20    down. Then he was next to me and the cops
21    asked him. He said, "He's clean."
22 Q. And then what happened?
23 A. And then it was over. It was done. They
24    done the search. They did it all, and they

Page 45

1     uncuffed me.
2  Q. Do you remember who uncuffed you?
3  A. That same officer.
4  Q. After he said, "He's clean," about how long
5     after that did he uncuff you?
6  A. I would say not even five minutes. Three or
7     four minutes, around there. It's been so
8     long.
9  Q. And then after you were unhandcuffed, did
10    you stay seated on the couch?
11 A. Yes.
12 Q. And when you were unhandcuffed, Jacqueline
13    and Gabriel were sill seated in the hallway?
14 A. Yes.
15 Q. And what's the next thing that happened?
16 A. They left.
17 Q. So right after you were unhandcuffed, they
18    left?
19 A. Yes. They basically left.
20 Q. And was anything said to you or to
21    Jacqueline before they left?
22 A. I think they told her that they had to
23    notify DSS for the child care. I think it's
24    DSS.

Page 46

1  Q. Yes.
2  A. That they had to notify them, let them know
3     that there was a child at the time where
4     they were doing the raid. I don't know
5     which word he used, but what they were doing
6     with the raid. She was like, "Okay. It's
7     fine."
8  Q. And when they left, were you aware that
9     drugs had been found in the apartment?
10 A. Oh, yes.
11 Q. When did you first become aware of that?
12 A. After they left, her brother called.
13 Q. So at the moment that the police left the
14    apartment, did you know that drugs had been
15    found in the apartment?
16 A. I don't remember if it was before or after,
17    because I know after he called, he spoke to
18    her and let her know what happened, what
19    they found, because they found drugs in his
20    rectum. That's why the Hispanic officer
21    told the black officer to come and check me
22    because right after they took him from my
23    son's room, the Hispanic officer told him to
24    go in the bathroom and search me, but I

Page 47

1     didn't find out until her brother called.
2  Q. So how long after the police left did
3     Rolando call the apartment?
4  A. Five minutes.
5  Q. And when he called, did you speak to him at
6     all?
7  A. No.
8  Q. Where was the phone in the apartment, if you
9     remember?
10 A. We had a cordless.
11 Q. And so Jacqueline answered the phone?
12 A. Yes.
13 Q. And were you aware that she was speaking to
14    Rolando?
15 A. Yes.
16 Q. And what do you remember hearing her say to
17    him?
18 A. She was telling him about the house. They
19    broke this, they broke that. Simple stuff,
20    but I can't remember anything besides that.
21    I can't.
22 Q. Okay. And just to back up, because we
23    skipped over, when the officers left the
24    apartment, what's the first conversation --

Page 48

1     what was the first thing that was said
2     between you and Jacqueline?
3  A. I let her know what just happened.
4  Q. And what do you remember saying to her
5     specifically?
6  A. That when he took me to the bathroom, he
7     told me to take off my clothes piece by
8     piece, told me to bend over, and I told her
9     that he stuck his finger up. That's what I
10    told her.
11 Q. And when you were telling her this, where
12    were you? Were you in the living room?
13 A. Yes. We were in the same facility right
14    here. She was right there talking on the
15    phone.
16 Q. So in the same area?
17 A. Yes.
18 Q. And this was a conversation that you had
19    with Jacqueline before Rolando called?
20 A. Yes, so then when he called --
21 Q. I'm sorry to interrupt, but did she tell you
22    that any drugs had been found?
23 A. Yes. She asked her brother, "Did they find
24    anything?" And then he said, "Yes. They

Page 49

1     found drugs in my son's stuffed animal."
2     That's where he was keeping it at.
3  Q. Are you aware that any ammunition was found
4     in a hole in the wall?
5  A. Yes.
6  Q. And was that in the living room?
7  A. That was behind where I was. That was
8     behind where I was. I was sitting on this
9     sofa. Behind me, there was this thing.
10    That hole was already there, but we did know
11    about that and stuff.
12 Q. So you were there when the police found
13    that?
14 A. Yes.
15 Q. To your understanding, did they find that on
16    their own or did they specifically go there
17    to find the hole?
18 A. Jacqueline told them.
19 Q. Jacqueline told them where it was?
20 A. Yes.
21 Q. Okay. So after Jacqueline spoke to Rolando,
22    did she tell you anything that he said?
23 A. Let me see if I can remember. She told him
24    about what happened to me. Then I think

13 (Pages 46 to 49)

Page 50

1   from what she said, that he spoke to his
2   lawyer or something, and said that he was
3   going to speak because he didn't know that
4   that was the right thing. I thought it was
5   part of the procedure, to tell you the
6   truth. They ran my name. I told her that
7   was the first time that ever happened to
8   me. So I thought it was part of the
9   procedure. So she felt like it wasn't.
10  They raided my house. I was clean. They
11  frisked me three times. I had nothing to do
12  with the whole incident. I wasn't the one
13  that they were looking for; but yes, yet,
14  they still went ahead with the cavity
15  search.
16 Q. And you said they ran your name. When did
17  they do that?
18 A. After the second frisk, they ran my name.
19  Then they ran her name at the same time.
20 Q. And how did they do that? Did they have --
21 A. They had walkie-talkies or whatever you call
22  them things.
23 Q. So the officer who was in the living room
24  kind of called in your --

Page 51

1 A. My name.
2 Q. And how did he get your information? Did
3  the officer just ask you?
4 A. Yes.
5 Q. Did he take any identification from you?
6  Was any identification taken from you at any
7  point?
8 A. I don't remember if I gave him my license or
9  not. They just asked me for my name. Yes,
10  he just asked me for my name, and they ran
11  it down and it came out clean.
12 Q. I'm sorry. So you were telling me what she
13  was telling you that Rolando said and there
14  was something about him speaking to his
15  lawyer?
16 A. About a lawyer to see if what happened to me
17  was accurate or not; and basically, he spoke
18  to -- I think he called -- I don't know when
19  was the next time he called, but I know he
20  called. I wasn't there because after this,
21  I was stressing.
22 Q. Well, just to try and take this
23  chronologically so it makes sense, after
24  Rolando called and Jacqueline spoke to him,

Page 52

1   what's the next thing that you remember
2   happening?
3 A. They were just talking.
4 Q. So she gets off the phone and she tells
5   you --
6 A. What he said.
7 Q. Did the two of you stay in the apartment
8   that day?
9 A. Yes. We cleaned up the apartment; and later
10  on that night, she called her mother.
11 Q. Later on that night?
12 A. Around eight or nine o'clock that night.
13 Q. And where was she and where were you when
14  she called your mother?
15 A. I don't remember that.
16 Q. But you remember her speaking to her mother?
17 A. Yes.
18 Q. And do you remember hearing anything that
19  she said?
20 A. No, sir.
21 Q. After she got off the phone, did she tell
22  you about anything that was said?
23 A. She basically told me that she thinks that I
24  had a case in my hands, you know, because of

Page 53

1   how everything went. So that's basically
2   it.
3 Q. And is that something that her mother had
4   told her or is Jacqueline telling you what
5   she thought?
6 A. It was just a suggestion. Like her brother
7   gave her this suggestion. It wasn't
8   something we were going to be like, yes, we
9   are taking them to court. Just to find out
10  some information, so that's how she went
11  about it. She asked her brother to talk to
12  his lawyer to find information, let them
13  know what happened, to see if this was
14  right, if it was the right thing to do.
15 Q. And you said that Rolando called back later
16  that day?
17 A. I don't know, but I know he called back
18  because she said it. I don't know when or
19  where, what time. I don't know.
20 Q. Did you leave the apartment at any point
21  that day?
22 A. Yes, I did. I went to go take a walk.
23 Q. And when did you do that?
24 A. I would say in the afternoon. From

Page 54

1    afternoon to night. I came back that night.
2  Q. You just walked around? Did you go anywhere
3    specific?
4  A. Yes. My mother lives in Mattapan. I
5    think. I don't know. I'm not sure. I just
6    know I just left.
7  Q. Do you have a memory of going to your
8    mother's that day?
9  A. Not quite. I don't know if I did or not.
10    It's just so many things that happened.
11    I've been trying to forget about it, even
12    though we're going through this, but it's
13    something that's been bothering me for a
14    while.
15 Q. Okay. At any point, did you have any
16    discomfort related to what happened?
17 A. Yes. Absolutely. Right after it happened,
18    I was trying to walk straight. I was trying
19    to hold the pain in. Once everybody left, I
20    told her, you know, I'm feeling a lot of
21    pain. Like about an hour or so, close to an
22    hour, I had to do bowel movement so I went
23    and I wiped. There wasn't a whole lot of
24    blood, but there was blood in the paper so I

Page 55

1    told her and I showed her. She told me to
2    go to the hospital, get yourself checked out
3    and everything, and I couldn't. I told her
4    I can't. That's something that I cannot
5    tell a doctor, what just happened. I was
6    shy. I was afraid. It was like I couldn't
7    do nothing. I couldn't think. I couldn't
8    even take care of my son. I felt violated.
9    It's crazy.
10 Q. You said the officer took the gloves off and
11    put them on the floor in the bathroom?
12 A. Yes.
13 Q. What happened to them?
14 A. We picked them up and threw them away. Like
15    I said, I thought it was part of the
16    procedure so I picked everything up.
17 Q. It was part of cleaning up afterwards?
18 A. Exactly.
19 Q. And you said that there was blood after you
20    went to the bathroom. Did that happen
21    again?
22 A. When I told her, she was speaking to her
23    brother. It was like an hour after that. I
24    had to use the bathroom. So I went in there

Page 56

1    and used it.
2  Q. And had that ever happened before? Was
3    there ever blood after you did a bowel
4    movement before?
5  A. No. Never. Never.
6  Q. Was that the only time that that happened?
7  A. Yes.
8  Q. I mean, was that time that you went an hour
9    after, was that the only time that you had
10    blood or did it happen after that, too?
11 A. I was in pain for two days. Every time I
12    used it, like it hurt. I couldn't even use
13    it. It was crazy.
14 Q. How many times?
15 A. In two days, I did like three times. I did
16    it that one day. The same day, I did it one
17    time and I think the next day, two times on
18    that day.
19 Q. Okay. And then the next day, you didn't
20    have blood?
21 A. I didn't have blood.
22 Q. Okay. And you talked a little about it,
23    about sort of how it's bothered you or
24    affected you. I would like you to tell me

Page 57

1    about -- for example, you mentioned you
2    couldn't even take care of your son. When
3    you say that, what do you mean?
4  A. I love being around him. Before this
5    happened, like I could do anything, but I
6    felt so down, like so depressed. Like when
7    he wanted something, when he wanted to go
8    take a walk, I couldn't. Instead, I just
9    didn't feel up to it. Like I lost all
10    emotions and everything. I just couldn't do
11    anything.
12 Q. For how long did this last?
13 A. It still is now.
14 Q. So you're saying because of this incident,
15    you haven't been able to do things with your
16    son?
17 A. No. I'm not blaming it completely on that,
18    but it's just that I'm trying to do what I
19    have to do; but emotionally, it's tearing me
20    apart. This and all the stress and not
21    seeing them because I'm not with Jackie
22    now. I'm not with her, so she's in Maine.
23    I'm over here. I see them once a month or
24    something.

Page 58

```
 1   Q. Gabriel lives with Jacqueline?
 2   A. My two kids. I got two kids with her, my
 3      daughter and my son with her. And I just
 4      have a newborn with my new current
 5      girlfriend now.
 6   Q. What other factors are affecting your
 7      relationship with your son? You said a
 8      little bit about --
 9   A. When I do see him now, I don't -- it's like
10      I grew out of it. It was just at the
11      beginning. Like for them, a couple of
12      weeks, at least a month, I felt like I
13      couldn't do anything. I couldn't go
14      outside. Even if I go outside, I couldn't
15      run. It's just unexplainable. The feeling
16      is totally unexplainable.
17   Q. When you say you couldn't run, what do you
18      mean?
19   A. Because I used to play a lot of basketball,
20      but I couldn't run. I'm just saying even if
21      I tried to play, I couldn't, because of what
22      just happened. That's all I had on my
23      mind. That's all I had. It was just
24      affecting me for that time period until I
```

Page 59

```
 1      realized that I needed to move on with
 2      this. It happened. I've got to deal with
 3      it.
 4   Q. How else would you say it's affected you?
 5   A. Basically, I don't know. I couldn't answer
 6      you because I'm trying to forget about the
 7      incident, about the whole feeling of it.
 8      That's what I'm mainly concerned about, just
 9      trying to forget how it felt. That's it.
10   Q. And when you told me that at the time that
11      you thought it was part of the search
12      process, I mean, did it still -- strike
13      that.
14          When did you first go to an
15      attorney? Do you remember how long after
16      this?
17   A. I don't remember. I don't remember.
18      Honestly, I don't.
19   Q. Okay. Do you remember speaking to anyone in
20      the sexual assault unit?
21   A. No, I don't remember.
22   Q. Do you remember speaking to a Kim Giddy?
23   A. Kim Giddy?
24   Q. Yes. I'm not saying did you. I'm just
```

Page 60

```
 1      asking if you did. It's not a trick
 2      question.
 3   A. No. I never heard of Kim Giddy, no.
 4   Q. Were you ever told that prosecuting the
 5      officer who did this was something that you
 6      could do? Did anyone ever tell you that?
 7   A. Besides a lawyer or anybody?
 8   Q. Don't tell me what you might have said with
 9      your lawyer. I mean, was that ever
10      something that you were told?
11   A. Yes.
12   Q. And did you do that?
13   A. Did I do what?
14   Q. Prosecute the officer. Did you take any
15      steps to try and press charges against the
16      officer for what he did, apart from the
17      Internal Affairs?
18   A. No.
19   Q. Okay. Are you aware that you could charge
20      him criminally?
21   A. Yes.
22         MR. HRONES: Objection.
23         THE WITNESS: Objection?
24         MR. HRONES: You still answer,
```

Page 61

```
 1      though. That's just for the record.
 2   Q. You can still answer the question. So the
 3      question is, you were aware that you could
 4      prosecute him criminally in addition to
 5      civilly?
 6   A. I didn't know.
 7   Q. No one ever told you that you could
 8      prosecute him criminally?
 9   A. You are kind of confusing me now.
10   Q. I don't want to confuse you. I mean, this
11      is a civil case and you're aware it's in
12      civil court and you're seeking monetary
13      damages, correct?
14   A. Yes.
15   Q. Are you aware or did anyone ever tell you
16      that you could prosecute the officer in a
17      criminal court?
18   A. Yes.
19   Q. And did you ever take any steps to do that?
20   A. No, sir.
21   Q. And why didn't you do that?
22   A. I don't know. I have no idea. I don't know
23      nothing about that. If I knew before this
24      happened, if I knew the law, because
```

Page 62

1   honestly, I'm going to be honest with you,
2   it's just I never pay mind but now I regret
3   skipping school or acting up or whatever.
4   If I knew a little bit about raids and how
5   the law is about when doing these searches
6   and types of things, then I would have
7   decided right off the bat what I'm about to
8   do; but since I didn't know anything, I just
9   went along with it until I got advice. I
10  got advice from Jackie, from her mother.
11  They found information and I just decided,
12  I'm okay. Let's give this a shot. If this
13  is not right, I need to have justice for
14  this, because this is something that it put
15  me through a lot of pain.
16  Q. When you say, "justice for this," what do
17     you mean?
18  A. I mean, I see all around TV, accidents do
19     happen and people want justice for what the
20     other person did to them. I found out that
21     this is wrong, that that was illegal to do
22     so I want justice.
23  Q. Do you mean money when you say "justice"?
24  A. It's half and half, because I really don't

Page 63

1   care, but yes. On the other hand, yes, if
2   that's the only thing that I could get, you
3   know, but I just want him to understand what
4   he did was wrong.
5   Q. Have you seen the officer since this
6      happened?
7   A. No. I haven't seen none of them.
8   Q. Have you ever -- well, we established before
9      you haven't been to a doctor since this
10     incident?
11  A. No, I haven't.
12  Q. You have not?
13  A. No, I haven't.
14  Q. Your complaint alleges the emotional
15     distress that you suffered after this, and
16     we talked about that. And is it fair to say
17     that you -- well, let me ask you, did you
18     ever have any problems with feeling sort of
19     depressed before this incident?
20  A. Yes. I always felt like that. Not like
21     totally depressed; but I mean, I've been
22     through a rough, rough life. My life has
23     been rough. I don't want to leap into it,
24     but I've been through a lot; and trying to

Page 64

1   raise a family, then things not working out,
2   not finding a job, school and all this, it's
3   just basically life is rough for me. It's
4   been rough.
5   Q. I know you don't want to get too much into
6      it. We won't. Just tell me generally,
7      before this incident, when you say that
8      you've had a rough life and the things that
9      sort of affect how you feel --
10  A. The big thing that affected my life, it was
11     when I was a child. My father -- I could
12     literally say I had an abusive father. He
13     used to just -- the only one he used to beat
14     was my mom. He would come home drunk from
15     work and take it out on my mother. So me as
16     a kid, I used to see that. That's changed.
17     That's been changed now, but it was just as
18     a child. It was traumatizing growing up in
19     a household like that. It's just
20     stressful. I grew up and it's like I have
21     nightmares about it. Me and my girl got
22     into an argument. It's like anger. It's
23     like it comes back out. I was trying to get
24     away from that. Once I turned 18, I had to

Page 65

1   see my first son, which is Gabriel. I tried
2   to move on. But yet, besides everything
3   else, it's work, them, my parents.
4   Everything was just stressful, basically.
5   Q. Did you tell any of your friends about what
6      happened?
7   A. No, sir. I can't do that.
8   Q. Did you ever tell your mother about what
9      happened?
10  A. No. I told her that they came by the house
11     looking for me, but she knows that that's my
12     lawyer.
13  Q. You mean relating to this deposition?
14  A. Yes, this case.
15  Q. But you haven't told her about the specifics
16     about what --
17  A. No. She doesn't know.
18  Q. Aside from Jacqueline, have you ever spoken
19     directly to Jacqueline's mother about what
20     happened?
21  A. Yes. I think one time after it happened. I
22     think we went up -- I think so.
23  Q. Do you remember the conversation, what it
24     was about?

17 (Pages 62 to 65)

Page 66

1  A. She basically like asked me what happened,
2     and I told her what happened. We went into
3     the bathroom, take the clothes off. No. 1,
4     this is what he had to do; and she asked me
5     how do I feel. Then she gave me advice to
6     go to the doctors, have it checked, but I
7     just couldn't.
8  Q. Was it shortly after the incident that you
9     spoke to Jacqueline's mother?
10 A. Not shortly. It was like two or three days
11    when we were face to face because she lives
12    out in Maine. We live in Boston.
13 Q. So the conversation was in person, not on
14    the phone?
15 A. In person, yes.
16 Q. So aside from Jacqueline and Jacqueline's
17    mother and your attorney, have you spoken to
18    anyone about what happened?
19 A. No, sir. This is something I will keep.
20 Q. I'm almost done. You say the officer who
21    instructed the black officer to take you
22    into the bathroom, you had heard him
23    speaking Spanish?
24 A. Yes. This was like in the beginning, way

Page 67

1     before.
2  Q. Do you remember what color hair he had at
3     all, that officer had?
4  A. Yes. I think it was like -- not dark brown
5     but like a little light brown. Yes, like a
6     light brown hair.
7  Q. And the last time you had any contact with
8     Rolando was the day of this incident?
9  A. Yes, sir.
10 Q. And you had to move, you and Jacqueline and
11    Gabriel had to move from this apartment
12    because of the fact that drugs were found in
13    that apartment?
14 A. Yes, and because the landlord had to know.
15    I don't know if the officers told him or
16    not, but they sent us a letter, a notice
17    saying we got two weeks' notice or something
18    like that. So we had to leave because of
19    the incident, yes.
20 Q. You said that you threw away the gloves that
21    you found that were left in the bathroom.
22    When you were cleaning up after the search,
23    did you throw away any other gloves?
24 A. Everything.

Page 68

1  Q. Were there other gloves?
2  A. Yes. From all of the other cops, when they
3     were searching, because the whole house was
4     all messed up anyways so why not just take
5     off their gloves? They threw them on the
6     floor and went about their business.
7     MR. COX: Okay. I don't have any
8     other questions. If you could just sign
9     that down in the corner and put today's
10    date.
11    THE WITNESS: (Witness complies)
12    MR. COX: Thank you very much.
13    THE WITNESS: You're welcome.
14 Thank you.
15    (Diagram marked as Exhibit 1
16    for identification)
17 (Whereupon, the deposition was
18 concluded at 2:35 p.m.)

Page 69

DEPONENT'S ERRATA SHEET
AND SIGNATURE INSTRUCTIONS

The original of the Errata Sheet has been delivered to Stephen Hrones, Esq. When the Errata Sheet has been completed by the deponent and signed, a copy thereof should be delivered to each party of record and the ORIGINAL delivered to Stephen G. Cox, Esq., to whom the original deposition was delivered.

INSTRUCTIONS TO DEPONENT
After reading this volume of your deposition, indicate any corrections or changes to your testimony and reason therefor on the Errata Sheet supplied to you and sign it. DO NOT make marks or notations on the transcript volume itself.

REPLACE THIS PAGE OF THE TRANSCRIPT WITH THE COMPLETED AND SIGNED ERRATA SHEET WHEN RECEIVED.

```
                                              Page 70
 1
     ATTACH TO THE DEPOSITION OF: IVAN SANTIAGO
 2   CASE: SANTIAGO -VS.- FEENEY, ET AL.
 3           ERRATA SHEET
 4   INSTRUCTIONS: After reading the transcript
     of your deposition, note any changes or
 5   corrections to your testimony and the reason
     therefor on this sheet. DO NOT make any
 6   marks or notations on the transcript volume
     itself. Sign and date this Errata Sheet
 7   (before a Notary Public, if required).
     Refer to Page 69 of the transcript for
 8   Errata Sheet distribution instructions.
 9   PAGE   LINE
            CHANGE:
10          REASON:
            CHANGE:
11          REASON:
            CHANGE:
12          REASON:
            CHANGE:
13          REASON:
            CHANGE:
14          REASON:
            CHANGE:
15          REASON:
            CHANGE:
16          REASON:
17       I have read the foregoing transcript
     of my deposition and except for any
18   corrections or changes noted above, I hereby
     subscribe to the transcript as an accurate
19   record of the statements made by me.
20   Date_____
21

22        _____
          IVAN SANTIAGO
23
24
```

```
                                              Page 71
 1
     COMMONWEALTH OF MASSACHUSETTS)
 2
     SUFFOLK, SS.           )
 3
 4       I, Myriam A. Maracas, Registered
     Professional Reporter and Notary Public in
 5   and for the Commonwealth of Massachusetts,
     do hereby certify that there came before
 6   me on the 18th day of January 2005, at
     1:20 p.m., the person hereinbefore named,
 7   who was by me duly sworn to testify to the
     truth and nothing but the truth of his
 8   knowledge touching and concerning the
     matters in controversy in this cause; that
 9   he was thereupon examined upon his oath, and
     his examination reduced to typewriting under
10   my direction; and that the deposition is a
     true record of the testimony given by the
11   witness.
12       I further certify that I am neither
     attorney or counsel for, nor related to or
13   employed by, any attorney or counsel
     employed by the parties hereto or
14   financially interested in the action.
15       In witness whereof, I have hereunto
     set my hand this 20th day of January, 2005.
16
17
         _____
18       Myriam A. Maracas
         Notary Public
19       My commission expires 1/6/06
20
21
22
23
24
```