G.L. c. 276, §§ 1-7 | Roxbury District COURT DEPARTMENT
Criminal DIVISION

NAME OF APPLICANT: Paul T. Quinn

POSITION OF APPLICANT: Patrolman, Boston Police, Drug Control Division

SEARCH WARRANT DOCKET NUMBER: 03-02-SW-0027

I, the undersigned APPLICANT, being duly sworn, depose and say that:

I have the following information based upon the attached affidavit(s), consisting of a total of __5__ pages, which is (are) incorporated herein by reference.

Based upon this information, there is PROBABLE CAUSE to believe that the property described below:

- [ ] has been stolen, embezzled, or obtained by false pretenses.
- [ ] is intended for use or has been used as the means of committing a crime.
- [ ] has been concealed to prevent a crime from being discovered.
- [X] is unlawfully possessed or concealed for an unlawful purpose.
- [X] is evidence of a crime or is evidence of criminal activity.
- [ ] other (specify) _____

I am seeking the issuance of a warrant to search for the following property (describe the property to be searched for as particularly as possible): Cocaine, a Class B Controlled Substance and all implements used in the cutting, bagging, weighing and distribution of Cocaine. Any books, notes, papers or ledgers denoting drug transactions and any money derived from drug transactions. Any personal papers and / or effects showing occupancy or control of 58 Cheney St., Apt. #5, Dorchester, MA. including keys to this location.

Based upon this information, there is also probable cause to believe that the property may be found (check as many as apply):

[X] at (identify the exact location or description of the place(s) to be searched): All rooms, closets and storage areas located inside of 58 Cheney St., Apt.#5, Dorchester, MA and all common areas the occupants of 58 Cheney St. #5 have access to including the hallway and the basement. 58 Cheney St. in Dorchester is a large 4 story brown brick building with the #58 clearly posted above the main outer entry door. Apt.#5 at 58 Cheney is on the 2nd floor. The door to Apt.#5 is brown with the number 5 clearly posted on the door. The words " I ask Jesus" are on the door to Apt #5 which is occupied by and/or in the possession of: Rolando Lugo, 02/18/81, aka ████ aka ████, a W/H, male approx. 6'00", thin build.

[X] on the person or in the possession of (identify any specific person(s) to be searched):

~~Rolando Lugo, 02/18/81, described above~~

[X] on any person present who may be found to have such property in his or her possession or under his or her control or to whom such property may have been delivered.

WHEREFORE, I respectfully request that the court issue a Warrant and order of seizure, authorizing the search of the above described place(s) and person(s), if any, to be searched, and directing that such property or evidence or any part thereof, if found, be seized and brought before the court, together with such other and further relief that the court may deem proper.

- [ ] have previously submitted the same application.
- [X] have not previously submitted the same application.

PRINTED NAME OF APPLICANT: Paul T. Quinn

SIGNED UNDER THE PENALTIES OF PERJURY
X _Paul T. Quinn_
Signature of Applicant

SWORN AND SUBSCRIBED TO BEFORE
X _F. McDevitt_
Signature of Justice, Clerk-Magistrate or Assistant Clerk

DATE: March 14, 2003  4:03 PM

1

# SEARCH WARRANT

G.L. c. 276, §§ 1-7

Roxbury District _____ COURT DEPARTMENT

Criminal _____ DIVISION

SEARCH WARRANT DOCKET NUMBER

03-02-SW-0027

THE SHERIFFS OF OUR SEVERAL COUNTIES OR THEIR DEPUTIES, ANY STATE POLICE [OF]FICER, OR ANY CONSTABLE OR POLICE OFFICER OF ANY CITY OR TOWN, WITHIN OUR [CO]MMONWEALTH:

[Proof] by affidavit, which is hereby incorporated by reference, has been made this day and I find that there is PROBABLE [CAU]SE to believe that the property described below:

- [ ] has been stolen, embezzled, or obtained by false pretenses.
- [ ] is intended for use or has been used as the means of committing a crime.
- [ ] has been concealed to prevent a crime from being discovered.
- [x] is unlawfully possessed or concealed for an unlawful purpose.
- [x] is evidence of a crime or is evidence of criminal activity.
- [ ] other (specify) _____

[YOU] ARE THEREFORE COMMANDED within a reasonable time and in no event later than seven days from [i]ssuance of this search warrant to search for the following property: Controlled Substance and all implements used in the cutting, bagging, weighing and distribution of Cocaine. Any books, notes, papers or ledgers denoting drug transactions and any money derived from drug transactions. Any personal papers and / or effects showing occupancy or control of 58 Cheney St., Apt. #5, Dorchester, MA. including keys to this location.

[x] at: All rooms, closets and storage [ar]eas located inside of 58 Cheney St., Apt. #5, Dorchester, MA and all common areas the [occu]pants of 58 Cheney St. #5 have access to including the hallway and the basement. 58 Cheney [St.] in Dorchester is a large 4 story brown brick building with the #58 clearly posted above the [ ] outer entry door. Apt. #5 at 58 Cheney is on the 2nd floor. The door to Apt. #5 is brown [with] the number 5 clearly posted on the door. The words " I ask Jesus" are on the door to Apt #5

which is occupied by and/or in the possession of: _____

[O]lando Lugo, 02/18/81, aka ████ aka ████, a W/H, male approx. 6'00", thin build.

[x] on the person or in the possession of: _____

[Yo]u [x] are [ ] are not   also authorized to conduct the search at any time during the night.

[Yo]u [ ] are [x] are not   also authorized to enter the premises without announcement.

[Yo]u [x] are [ ] are not   also commanded to search any person present who may be found to have such [pr]operty in his or her possession or under his or her control or to whom such property may have been delivered.

[YO]U ARE FURTHER COMMANDED if you find such property or any part thereof, to bring it, and when appropriate, [th]e persons in whose possession it is found before the

ROXBURY _____ Division of the MASS TRIAL DISTRICT _____ Court Department.

[DAT]ED: March 14, 2003   4:02 PM

ADMINISTRATIVE JUSTICE

[ADDR]ESS: MILTON L. WRIGHT JR.

SIGNATURE OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK

PRINTED NAME OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK

PATRICIA F. MCDERMOTT  1ST ACM

2