# BOSTON POLICE
## INCIDENT REPORT

ORIGINAL ☒   SUPPLEMENTARY ☐

| KEY SITUATIONS DRUGS | | COMPLAINT NO 030144308 | REPORT DIST. B2 | CLEARANCE DIST |
|---|---|---|---|---|
| TYPE OF INCIDENT SEARCH WARRANT EXECUTED | CRIME CODE 0 | STATUS | DATE OF OCCUR. A.03/20/03 | B. 03/20/03 |
| LOCATION OF INCIDENT 58 CHENEY ST | | APT. 5 | DISPATCH TIME 10:53 AM | TIME OF OCCUR. A.10:53 AM | B.10:53 AM |

| VICTIM-COMP. (LAST, FIRST, MI) COMM OF MASS | PHONE (617)-343-4268 | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|
| ADDRESS 135 DUDLEY ST,ROXBURY,MA,02119-0000 | APT. | OCCUPATION | | AGE 0 | D.O.B. |

| PERSON REPORTING PATROLMAN PAUL T QUINN | ADDRESS 135 DUDLEY ST,ROXBURY,MA,02119-0000 | | APT. | PHONE (617)-343-4268 |
|---|---|---|---|---|

WAS THERE A WITNESS TO THE CRIME    ☒ YES ☐ NO

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE |
|---|---|---|---|---|---|---|
| SGT DET FEENEY | 0 | | | 135 DUDLEY ST,ROXBURY,MA,02119-0000 | | RES / BUS |
| DCU B2 SQ 2N | 0 | | | | | RES / BUS |
| DCU B2 SQ 6N | 0 | | | | | RES / BUS |

NUMBER OF PERPETRATORS: ↑ - CAN SUSPECT BE IDENTIFIED AT THIS TIME    ☒ YES ☐ NO

**PERSON**

| STATUS ARRESTED | NAME (LAST, FIRST, MI) LUGO,ROLANDO | S.S. NO | BOOKING NO. 20030084502 | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|
| WARRANT NO. | ADDRESS 71 CHENEY,DORCHESTER,MA,02121-0000 | SEX MALE | RACE WHITE HISPANIC | AGE 22 | HEIGHT 6-00 | DOB 2/18/81 |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | WEIGHT 185 | BUILD SLIM | HAIR DARK BROWN | EYES BROWN |

CAN SUSPECT VEHICLE BE DESCRIBED    ☐ YES ☒ NO

**VEHICLE**

| STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR(EXP) | MODEL |
|---|---|---|---|---|---|
| VEHICLE MAKE YEAR | VEHICLE NO. | | STYLE | COLOR(TOP-BOTTOM) | |
| OPERATOR'S NAME | | LICENSE NO. | OPERA' | | |
| OWNERS'S NAME | | OWNERS'S ADDRESS | | | |

ATTACHMENT #3

CAN PROPERTY BE IDENTIFIED    ☒ YES ☐ NO

**PROPERTY**

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|
| SEIZED | DRUG / NARCOTICS | | COCAINE - 1 MED. PB WHITE POWDER | | | |
| SEIZED | DRUG / NARCOTICS | | - 6 P/B'S CRACK COCAINE | | | |
| SEIZED | MONEY | | - US CURRENCY | | 630.00 | |
| SEIZED | AMMUNITION | | - 5 .380 ROUNDS | | | |

IS THERE A SIGNIFICANT M.O.?    ☐ YES ☒ NO

| TYPE OF WEAPON-TOOL AMMUNITION | NEIGHBORHOOD RESIDENCE/HOME | | TYPE OF BUILDING RESIDENTIAL APT | PLACE OF ENTRY FRONT DOOR |
|---|---|---|---|---|
| WEATHER CLOUDY | LIGHTING NATURAL | TRANSPORTATION OF SUSPECT FOOT | VICTIM'S ACTIVITY | |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR SEE NARRATIVE | | | RELATIONSHIP TO VICTIM | |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)    ☒ YES ☐ NO

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)    ☒ YES ☐ NO

BLOCK NARRATIVE AND ADDITIONAL INFORMATION
NO.:

MEMBERS OF DCU B2, SQUAD 2N & 6N, UNDER SUPERVISION OF SGT. DET. WILLIAM J. FEENEY, EXECUTED ROXBURY DISTRICT COURT SEARCH WARRANT #03-12-SW-0027 AT 58 CHENEY ST., APT.#5 ON TODAYS DATE AT APPROX. 10:53 AM. THE WARRANT HAD BEEN PRE-APPROVED BY ROXBURY DISTRICT COURT ADA MICHAEL CORNEILIUS AND APPROVED BY ROXBURY DISTRICT COURT ASST. CLERK MAGISTRATE PATRICIA F MCDERMOTT. AS OFFICERS WERE APPROACHING THE TARGET APT. FROM THE REAR ENTRANCE OF THE BUILDING, OFFICERS HEARD A FEMALE SHOUT FROM THE AREA OF THE TARGET APT, "GABRIEL & IVAN, THEY'RE RAIDING, THEY'RE RAIDING!!!". OFFICERS APPROACHED THE DOOR TO APT.#5 AT 58 CHENEY ST WEARING RAID JACKETS AND BADGES CLEARLY DISPLAYED. OFFICERS KNOCKED ON THE DOOR TO APT. 5 AND ANNOUNCED "BOSTON POLICE, SEARCH WARRANT. AFTER RECIEVING NO RESPONSE AFTER KNCOKING AND ANNOUNCING THEIR OFFICE, OFFICER QUINN, FEARING THAT EVIDENCE WAS BEING DESTROYED, UTILIZED A KEY TO APT.#5 OFFICERS HAD OBTAINED TO OPEN THE APT DOOR. OFFICERS GAINED ENTRY AND SECURED THE OCCUPANTS. OFFICER ROSS PLACED THE TARGET OF THE INVESTIGATION, ROLANDO LUGO, IN HANDCUFFS AS HE WAS COMING OUT OF A CHILD'S BEDROOM TO THE LEFT OF THE LIVING ROOM. OTHER PERSONS IN THE APT. WERE IDENTIFIED AS JACQUELINE LUGO, 10/10/82, HER INFANT SON

1

GABRIEL ROLANDO SANTIAGO LUGO 05/08/01 AND IVAN SANTIAGO, 04/29/82. OFFICERS SHOWED THE ADULTS IN THE APT. THE SEARCH WARRANT FOR THE LOCATION. OFFICER BRODERICK THEN ADVISED SUSPECT ROLANDO LUGO OF HIS RIGHTS PER MIRANDA AND LUGO STATED HE UNDERSTOOD HIS RIGHTS. OFFICERS QUINN AND BRODERICK THEN ADVISED R. LUGO TO GIVE UP ANY DRUGS, MONEY OR FIREARMS THAT WERE IN THE APT. LUGO STATED ANYTHING IN THE APT. WAS HIS AND HE WANTED TO KEEP HIS SISTER AND THE OTHER GUY IN THE APT. OUT OF IT. ROLANDO LUGO THEN STATED THERE SHOULD SOME .380 ROUNDS IN THE CORNER OF THE BEDROOM, DRUG PARAPHERNALIA IN THE DRAWER OF THE BEDROOM AND THAT HE ALSO HAD SOME DRUGS IN HIS ASS. HE FURTHER STATED HE HAD ABOUT $400-$500 ON HIM. OFFICERS RECOVERED THE DRUG PARAPHERNALIA FROM THE DRAWER AND AFTER UNCUFFING R. LUGO, HE RETRIEVED A PLASTIC BAG CONTAINING 6 SMALLER P/B'S OF CRACK COCAINE FROM HIS BUTTOCKS AREA. OFFICERS ONLY RECOVERED $10 DOLLARS FROM R. LUGO'S POCKET FOR MONEY ON HIS PERSON. HE STATED HE MAY HAVE GIVEN THE AMMUNITION TO SOMEONE AND HIS MONEY WAS IN ANOTHER COAT AT A DIFFERENT LOCATION. OFFICERS DID NOT BELIEVE R. LUGO WAS BEING COMPLETELY TRUTHFUL WITH THEM AFTER FINDING NEITHER THE MONEY OR AMMUNITION LUGO STATED WAS IN THE APT. OFFICERS THEN STATED TO R. LUGO IT WAS

| UNIT ASSIGNED VD127 | TOUR OF DUTY 2 | REPORTING OFFICER'S NAME PAUL T QUINN | REPORTING OFFICER'S ID 11449 | PARTNER'S ID 10409 | FI NO |
|---|---|---|---|---|---|
| DATE OF REPORT 03/20/03 | SPECIAL UNITS NOTIFIED(REPORTING) DRUG CONTROL UNIT | | | | TELETYPE NO. |
| TIME COMPLETED 01:53 PM | PATROL SUPERVISOR NAME | | PAT. SUP. ID | DUTY SUP. NAME COLM P LYDON | DUTY. SUP. ID 8871 |

Incident Report Search

| REPORT DIST. B2 | COMPLAINT NO. 30144308 | BOSTON POLICE CONTINUATION SHEET | | PAGE 1 | OF 1 |
|---|---|---|---|---|---|
| DATE / TIME OF OCCURENCE A. 03/20/03 10:53 AM | | INCIDENT TYPE SEARCH WARRANT EXECUTED | REMARKS | | |

HIS LAST CHANCE TO BE UP FRONT WITH THEM BEFORE HE WAS TRANSPORTED TO B2 FOR BOOKING. LUGO THEN STATED TO SGT. DET. FEENEY THERE WAS SOME COKE IN THE STUFFED ANIMAL ON THE DRESSER IN THE BEDROOM. PO ROSS RECOVERED A MEDIUM P/B OF POWDER COCAINE FROM THE BACK OF A YELLOW STUFFED ANIMAL R. LUGO DIRECTED HIM TO. THE MEDIUM BAG OF COCAINE RECOVERED FROM THE STUFFED ANIMAL WEIGHED APPROX. 15 GRAMS AND LATER TESTED POSITIVE AS COCAINE AT AREA B2. OFFICERS CONTINIED A SEARCH OF THE APARTMENT AND RECOVERED THE FOLLOWING ADDITIONAL ITEMS: $620 US CURRENCY ($10 RECOVERED PRIOR FROM R. LUGO AND $620 =TOTAL $630), PLASTIC BAGS AND TEST/COOK TUBE, CUT OFF BAGGIES AND RIPPED OFF BAGGIES, PERSONAL PAPERS IN NAME OF ROLANDO LUGO, PLATE WITH BENT HANGER AND COCAINE RESIDUE, BUSINESS CARD W/ COCAINE RESIDUE, 5 ROUNDS OF .380 CAL AMMO AND PLASTIC MARIJUANA BAGGIES, "SWIFT" PAIR OF BINOCULARS, PICTURES OF ROLANDO LUGO, PERSONAL PAPERS FOR JACQUELINE LUGO JENNIFER COLON AND PICTURES, LEASE AGREEMENT FOR 58 CHENEY ST., APT.#5, EBT CARD FOR KIMBERLY STOKES, 1 CELLULAR PHONE. DRUGS LOGGED INTO DRUG CONTROL LOG BOOK #98 PAGE#388 BY PO HEARNS, AMMUNITON FORWARDED TO BALLISTICS, SEIZED MONEY FORWARDED TO HQ SAFE. INCIDENT MEASURED TO BE 758 FT TO THE MOTHER CAROLINE ACADEMY ON BLUE HILL AVENUE. MEASUREMENT BY PO HEARNS.