UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IVAN SANTIAGO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10746-JLT |
| | * | |
| WILLIAM J. FEENEY, MARCUS EDDINGS, | * | |
| and the CITY OF BOSTON, | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

April 5, 2005

TAURO, J.

After the Status Conference held on April 5, 2005, this court hereby orders that:

1.    Plaintiff may respond to Defendant Marcus Eddings's and Defendant William

Feeney's Motion for Summary Judgment [#20] and Defendant, City of Boston's

Motion for Summary Judgment [#23] by April 29, 2005; and

2.    A Motion Hearing is scheduled for May 5, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge