UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVAN SANTIAGO, ) | |
|        Plaintiff, ) | C.A. NO. 04-10746-JLT |
| ) | |
| v. ) | **PLAINTIFF IVAN SANTIAGO'S** |
| ) | **NOTICE OF FILING** |
| WILLIAM J FEENEY, ) | |
| MARCUS EDDINGS, and ) | |
| the CITY OF BOSTON, ) | |
|        Defendants. ) | |
| ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have

been manually filed with the District Court and are available in paper form only:

1. Exhibit "A" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To

Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's

Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary

Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan

Santiago's Motion For Summary Judgment.

2. Exhibit "B" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To

Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's

Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary

Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan

Santiago's Motion For Summary Judgment.

3. Exhibit "C" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To

Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's

Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

4. Exhibit "D" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

5. Exhibit "E" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

6. Exhibit "F" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

7. Exhibit "G" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary

Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

8.  Exhibit "H" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

The original documents are maintained in the case file in the Clerk's Office

Dated: May 2, 2005                        Respectfully submitted,
                                          The Plaintiff Ivan Santiago,
                                          By his attorneys,


                                          //S//Jessica D Hedges
                                          Stephen Hrones (BBO No. 242860)
                                          Jessica D Hedges (BBO No. 645847)
                                          HRONES GARRITY & HEDGES LLP
                                          Lewis Wharf–Bay 232
                                          Boston, MA 02110-3927
                                          T)617/227-4019