UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IVAN SANTIAGO,<br>　　　　Plaintiff,<br>v.<br>WILLIAM J FEENEY,<br>MARCUS EDDINGS, and<br>the CITY OF BOSTON,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 04-10746-JLT<br><br>**PLAINTIFF IVAN SANTIAGO'S<br>NOTICE OF FILING** |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the District Court and are available in paper form only:

1. Exhibit "A" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

2. Exhibit "B" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

3. Exhibit "C" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's

Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

    4. Exhibit "D" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

    5. Exhibit "E" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

    6. Exhibit "F" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

    7. Exhibit "G" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary

Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

8. Exhibit "H" to the Plaintiff Ivan Santiago's Statement Of Disputed Facts Pursuant To Local Rule 56.1 And Supporting Exhibits filed contemporaneously with Plaintiff Ivan Santiago's Opposition to the Defendants Marcus Eddings' and William Feeney's Motion For Summary Judgment, the Defendant City of Boston's Motion For Summary Judgment, and Plaintiff Ivan Santiago's Motion For Summary Judgment.

The original documents are maintained in the case file in the Clerk's Office

Dated: May 2, 2005

Respectfully submitted,
The Plaintiff Ivan Santiago,
By his attorneys,


//S//Jessica D Hedges
Stephen Hrones (BBO No. 242860)
Jessica D Hedges (BBO No. 645847)
HRONES GARRITY & HEDGES LLP
Lewis Wharf–Bay 232
Boston, MA 02110-3927
T)617/227-4019