UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVAN SANTIAGO,<br>    Plaintiff,<br><br>v.<br><br>WILLIAM J. FEENEY, MARCUS EDDINGS,<br>AND THE CITY OF BOSTON,<br>    Defendants | C.A. No. 04-0746-JLT |

**PLAINTIFF IVAN SANTIAGO'S CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1 RE: MOTION FOR SUMMARY JUDGMENT
AND INCORPORATED MEMORANDUM OF LAW (Paper 28)**

    I, Jessica D Hedges, hereby certify that, on May 9, 2005, I telephoned Stephen G Cox, counsel for the defendants, and notified him of my intent to re-file the instant Motion on May 9, 2005.

Counsel were not able to resolve the issues raised by this Motion.

                                          Respectfully Submitted,
                                          The Plaintiff Ivan Santiago,
                                          By his attorneys,

                                          //S//Jessica D Hedges
                                          Stephen Hrones (BBO No. 242860)
                                          Jessica D Hedges (BBO No. 645847)
                                          HRONES GARRITY & HEDGES LLP
                                          Lewis Wharf–Bay 232
                                          Boston, MA 02110-3927
                                          T) 617/227-4019

**CERTIFICATE OF SERVICE**

    I, Jessica D Hedges, hereby certify that on this 9th day of May, 2005, I served one true and correct copy of the foregoing PLAINTIFF IVAN SANTIAGO'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 RE: MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW, where unbale to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Stephen G Cox, Asst Corp Counsl, City of Boston Law Dept, City Hall, Rm 615, Boston, MA 02201.

                                          //S//Jessica D Hedges
                                          Jessica D Hedges