UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVAN SANTIAGO, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM J. FEENEY, MARCUS EDDINGS, )<br>AND THE CITY OF BOSTON, )<br>    Defendants. )<br>) | C.A. No. 04-CV-10746-JLT |

**PLAINTIFF IVAN SANTIAGO'S CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1 RE: CROSS-MOTION FOR SUMMARY
JUDGMENT (Paper 29)**

    I, Jessica D Hedges, hereby certify that, on May 9, 2005, I telephoned Stephen G Cox, counsel for the defendants, and notified him of my intent to re-file the instant Motion on May 9, 2005. Counsel were not able to resolve the issues raised by this Motion.

    Respectfully Submitted,
    The Plaintiff Ivan Santiago,
    By his attorneys,

    //S//Jessica D Hedges
    Stephen Hrones (BBO No. 242860)
    Jessica D Hedges (BBO No. 645847)
    HRONES GARRITY & HEDGES LLP
    Lewis Wharf–Bay 232
    Boston, MA 02110-3927
    T) 617/227-4019

**CERTIFICATE OF SERVICE**

    I, Jessica D Hedges, hereby certify that on this 9th day of May, 2005, I served one true and correct copy of the foregoing PLAINTIFF IVAN SANTIAGO'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 RE: CROSS-MOTION FOR SUMMARY JUDGMENT (Paper 29), where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Stephen G Cox, Asst Corp Counsl, City of Boston Law Dept, City Hall, Rm 615, Boston, MA 02201.

    //S//Jessica D Hedges
    Jessica D Hedges