UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IVAN SANTIAGO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10746-JLT |
| | * | |
| WILLIAM J. FEENEY, MARCUS EDDINGS, | * | |
| and the CITY OF BOSTON, | * | |
| | * | |
| Defendants. | * | |

ORDER

July 26, 2005

TAURO, J.

This court hereby orders that:

1. Defendant Marcus Eddings' and Defendant William Feeney's Motion for Summary Judgment [#20] is ALLOWED;

2. Defendant City of Boston's Motion for Summary Judgment [#23] is ALLOWED;

3. Plaintiff Ivan Santiago's Motion for Summary Judgment [#28] is DENIED; and

4. Plaintiff's Cross-Motion for Summary Judgment [#29] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge