UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04 CV 10746 JLT

| | |
|---|---|
| IVAN SANTIAGO,<br>    Plaintiff<br><br>v.<br><br>WILLIAM J. FEENEY, MARCUS EDDINGS, and the CITY OF BOSTON,<br>    Defendants | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Thomas Donohue as attorney for the Defendants William J. Feeney, Marcus Eddings and the City of Boston in the above-captioned matter.

Respectfully submitted,
DEFENDANTS WILLIAM J. FEENEY, MARCUS EDDINGS, and the CITY OF BOSTON
By their attorney:

/s/ Thomas Donohue
Thomas Donohue, BBO #643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039