UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11385 JLT

D'ANN McGILL
    Plaintiff

v.

CITY OF BOSTON and
CHRISTOPHER HAMILTON
    Defendants

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw the appearance of Attorney Stephen G. Cox as attorney for the Defendants City of Boston and Christopher Hamilton in the above-entitled action. Attorney Tsuyoshi Fukuda will continue to represent the Defendants.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON AND
CHRISTOPHER HAMILTON
Merita A. Hopkins
Corporation Counsel

By its attorneys,

S/ Stephen G. Cox
_____
Stephen G. Cox BBO# 566943
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064