UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04 CV 10746 JLT

IVAN SANTIAGO,
  Plaintiff

v.

WILLIAM J. FEENEY, MARCUS EDDINGS, and the CITY OF BOSTON,
  Defendants

## NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE ABOVE-REFERENCED COURT:**

  Please enter my appearance as counsel of record for the Defendants City of Boston, William Feeney and Marcus Eddings in the above-captioned matter.

Respectfully submitted,

DEFENDANTS WILLIAM J. FEENEY, MARCUS EDDINGS, and the CITY OF BOSTON
By their attorneys:

Merita A. Hopkins
Corporation Counsel

By: /s/ Helen G. Litsas

Helen G. Litsas, BBO# 644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023

**CERTIFICATE OF SERVICE**

**I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand/by fax.**

1/19/06 /s/ Helen G. Litsas
**Date**