# REQUEST NO. 1

## Lawfulness of the Plaintiff's Strip Search

The issue to be decided in this case is a narrow one. While during this case you will hear limited evidence regarding the Plaintiff's March 20, 2003 strip search from the parties, this evidence is presented only for the purpose of providing you with proper context and background. This Court has already decided that this March 20, 2003 strip search of the Plaintiff was lawful and proper. That means that the Defendants, Marcus Eddings and William Feeney, cannot be held liable for the strip search.

Therefore, the only issue for you to decide is whether or not Defendant Eddings inserted his finger into the Plaintiff's rectum during the search on March 20, 2003 of 58 Cheney Street, Apt. #5, in Dorchester, MA.