# EXHIBIT A

Case 1:04-cv-10746-JLT    Document 59-2    Filed 11/02/2006    Page 1 of 9

VOLUME: I
PAGES: 1 to 71
EXHIBITS: One

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action
No. 04 CV 10746 JLT

IVAN SANTIAGO,                )
        Plaintiff,            )
                              )
v.                            )
                              )
WILLIAM J. FEENEY,            )
MARCUS EDDINGS, and           )
the CITY OF BOSTON,           )
        Defendants.           )

DEPOSITION of IVAN SANTIAGO, a

witness called on behalf of the Defendants,

pursuant to the applicable provisions of the

Federal Rules of Civil Procedure, before

Myriam A. Maracas, Registered Professional

Reporter and Notary Public in and for the

Commonwealth of Massachusetts, at the

City of Boston Law Department, City Hall,

Boston, Massachusetts, on Tuesday, January

18, 2005, commencing at 1:20 p.m.

Page 2

```
 1
 2
 3  APPEARANCES:
 4
    HRONES AND GARRITY
 5    (by Stephen Hrones, Esq.)
      Lewis Wharf, Bay 232, Boston, MA
 6    02110-3927, for the Plaintiff.
 7
 8  CITY OF BOSTON LAW DEPARTMENT
      (by Stephen G. Cox, Esq.)
 9    City Hall, Boston, MA 02201,
      for the Defendants.
10
11
12
...
24
```

Page 3

```
 1
            INDEX
 2
    Testimony of:    Direct   Cross
 3
 4  Ivan Santiago
 5
     (by Mr. Cox)    4
 6
 7
 8       EXHIBITS
 9  No.   Description      Page
10
    1   Diagram.           68
11
...
24
```

Page 4

```
 1         PROCEEDINGS
 2       MR. COX: I'll put the usual
 3  stipulations on the record.
 4       MR. HRONES: Yes.
 5       MR. COX: All objections, except as
 6  to form, are reserved until trial. Motions
 7  to strike are reserved until trial. Will
 8  the witness read and sign?
 9       MR. HRONES: Yes.
10       MR. COX: The witness will read and
11  sign. We'll waive the notary. Is 30 days
12  okay?
13       MR. HRONES: Fine.
14           IVAN SANTIAGO
15     A witness called for examination by
16  counsel for the Defendants, having been
17  first duly sworn, was examined and testified
18  as follows:
19         DIRECT EXAMINATION
20  BY MR. COX:
21  Q. Good afternoon.
22  A. Hi.
23  Q. My name is Stephen Cox and I represent the
24    City of Boston and Police Officers William
```

Page 5

```
 1    Feeney and Marcus Eddings. We're going to
 2    ask you some questions today about the
 3    complaint that you brought; and before we
 4    start, I'll just tell you a few groundrules
 5    to keep in mind so it goes smoothly.
 6         First, have you ever had your
 7    deposition taken before?
 8  A. Is it what we're doing?
 9       MR. HRONES: Don't ask. Look at
10    me. Just listen to him.
11  Q. Have you ever been questioned in a situation
12    like this?
13  A. Yes.
14  Q. And when was that?
15  A. That was when I went to talk to Attorney
16    Hrones about this situation.
17  Q. And aside from that, any other times?
18  A. No, sir.
19  Q. Wait until I finish asking a question before
20    you give an answer because everything that
21    we're saying is being taken down, so we
22    don't want to talk over each other. Keep
23    your voice up. If at any point you don't
24    understand a question or something is not
```

Page 30

1  A. At that point, when they took him, they
2     brought her up.
3  Q. Was that before or after they took Rolando
4     out, if you remember?
5  A. She was there before they took him out. I
6     was on the same spot on the sofa the whole
7     time. They brought her out. She sat about
8     like a good angle from me.
9  Q. In the hallway?
10 A. In the hallway, yes. There was a little
11    brown chair.
12 Q. You made a star with a circle around it.
13    There was a chair in the hallway and was she
14    handcuffed when they brought her out of the
15    bedroom?
16 A. No. She wasn't handcuffed at all.
17 Q. At any point, did you see her handcuffed?
18 A. No, she was not.
19 Q. When they brought her out of your bedroom,
20    where was Gabriel?
21 A. With her.
22 Q. Was Gabriel with her the whole time?
23 A. Yes.
24 Q. So she was holding him?

Page 31

1  A. Yes.
2  Q. How old was he at the time?
3  A. Two years old.
4  Q. And she sat in that chair in the hallway; is
5     that right?
6  A. She sat down on that chair with my son on
7     her lap.
8  Q. And it was after that that the officers came
9     out of your son's room with Rolando?
10 A. Yes, sir.
11 Q. And after they left, what's the next thing
12    that happened?
13 A. That's when the Hispanic cop came and told
14    the black cop that was next to me to go take
15    him to the bathroom and search him.
16 Q. Do you remember those specific words?
17 A. Yes.
18 Q. Anything else?
19 A. No.
20 Q. Before this was said, you said that the
21    black officer was standing next to you?
22 A. Yes.
23 Q. And you were seated?
24 A. Yes.

Page 32

1  Q. And how long had he been there standing next
2     to you?
3  A. After the third frisk, it's like they -- how
4     do you say it? They designated him to watch
5     me just in case if anything happened, he
6     was -- all three of them, they put him to
7     watch me, basically.
8  Q. Is that because something was said or you're
9     just kind of assuming based on how it
10    happened? I'm just wondering if anything
11    was said to the officer about watching you
12    or anything like that.
13 A. No. He just told him to watch him and once
14    they were searching the house, the sofa,
15    everything, the rooms, once they took him,
16    the Hispanic cop was right in front of my
17    son's door. I could see him. He told the
18    officer standing next to me to take me to
19    the bathroom and search me.
20 Q. And he actually said, "Take him to the
21    bathroom"?
22 A. Yes.
23 Q. And could you describe what that officer
24    looked like? You called him an Hispanic?

Page 33

1  A. He was short. He had short hair. No
2     glasses. He had no facial hair. He was
3     kind of a little bit chubby. I can't say
4     fat or husky. He was a little bit chubby.
5  Q. When you say, "Hispanic," what makes you say
6     he's Hispanic?
7  A. Because he spoke Spanish to us. He was
8     speaking Spanish to Jacqueline.
9  Q. And what was he saying when he was speaking
10    Spanish?
11 A. I don't know.
12 Q. Do you speak Spanish?
13 A. Yes. Of course.
14 Q. Could you hear what he was saying?
15 A. I was hearing but at the time, I couldn't
16    understand what he was saying. Like it was
17    too much noise. I just heard him and she
18    was talking back to him. I was still here.
19    He's there talking to her. Then every other
20    cop is talking. So it's hard to hear, but I
21    heard him. That's all I heard him say.
22 Q. When he was talking to her, was that when
23    she was seated in the hallway?
24 A. Yes, sir.

9 (Pages 30 to 33)

G&M COURT REPORTERS & ASSOCIATES
(617) 338-0030

Page 34

1  Q. So after Rolando was taken out, this officer
2     says to the black officer to take you to the
3     bathroom and search you?
4  A. Yes, sir.
5  Q. And was Jacqueline still seated in the
6     hallway --
7  A. Yes.
8  Q. -- at that time?
9  A. Yes.
10 Q. And was there anyone else in the living room
11    other than the black officer? You said
12    there were four officers total?
13 A. Yes, four officers.
14 Q. Where were the other two officers when this
15    was said?
16 A. It was in the little main entrance. Right
17    here, I suppose.
18 Q. You just made a line just inside the main
19    door?
20 A. Yes.
21 Q. That's where the other two officers were?
22 A. Yes.
23 Q. And was the Hispanic officer the same
24    officer who told Jacqueline in the beginning

Page 35

1     that they had a search warrant?
2  A. I didn't see that. I didn't see who said
3     what. I just heard it.
4  Q. You just heard that?
5  A. Yes.
6  Q. Okay. So after the Hispanic officer told
7     the black officer to take you to the
8     bathroom and search you, what happened
9     next?
10 A. The officer told me to get up. I got up.
11    We get to the door in the bathroom, takes
12    off my cuffs, we go in, and he tells me to
13    take off piece by piece first.
14 Q. I'll just stop you there. How was he
15    dressed, the black officer?
16 A. He was not in uniform.
17 Q. He wasn't in uniform?
18 A. No, he wasn't in uniform.
19 Q. Did you notice any of the officers wearing
20    gloves?
21 A. All of them.
22 Q. All of them?
23 A. Yes.
24 Q. Including the black officer?

Page 36

1  A. Yes. Every officer in the house was wearing
2     gloves.
3  Q. Okay. Did the black officer say anything to
4     you from the time -- were you handcuffed
5     behind your back?
6  A. Yes.
7  Q. And so you stood up and walked with the
8     officer to the bathroom in front of the
9     bathroom?
10 A. Mm-hmm.
11 Q. Yes?
12 A. Yes.
13 Q. And did he say anything to you in the
14    hallway before you reached the door?
15 A. I don't remember, honestly.
16 Q. So you would have walked past Jacqueline?
17 A. Walked past Jacqueline and the two officers.
18 Q. And Jacqueline was seated there with
19    Gabriel?
20 A. Yes.
21 Q. And was there an officer standing with her,
22    too?
23 A. No.
24 Q. She was just by herself?

Page 37

1  A. By herself.
2  Q. And what happened to the Hispanic officer
3     after he said that to the black officer?
4  A. He was still on the same spot in front of my
5     son's door. That's the last time I seen
6     him. When he said that, he picked me up and
7     we left. I didn't see him move or
8     anything. That was the last place where I
9     seen him at.
10 Q. And so the black officer took the handcuffs
11    off of you before you went into the
12    bathroom?
13 A. Yes, sir.
14 Q. And he kept the handcuffs on him?
15 A. Yes, he did.
16 Q. Okay. You then went into the bathroom?
17 A. Mm-hmm.
18 Q. You have to answer yes or no.
19 A. Yes.
20 Q. And what happened? Was the door closed?
21 A. Yes. He closed the door.
22 Q. He closed the door?
23 A. Yes.
24 Q. And did he close it all the way or did he

Page 46

1   Q. Yes.
2   A. That they had to notify them, let them know
3       that there was a child at the time where
4       they were doing the raid. I don't know
5       which word he used, but what they were doing
6       with the raid. She was like, "Okay. It's
7       fine."
8   Q. And when they left, were you aware that
9       drugs had been found in the apartment?
10  A. Oh, yes.
11  Q. When did you first become aware of that?
12  A. After they left, her brother called.
13  Q. So at the moment that the police left the
14      apartment, did you know that drugs had been
15      found in the apartment?
16  A. I don't remember if it was before or after,
17      because I know after he called, he spoke to
18      her and let her know what happened, what
19      they found, because they found drugs in his
20      rectum. That's why the Hispanic officer
21      told the black officer to come and check me
22      because right after they took him from my
23      son's room, the Hispanic officer told him to
24      go in the bathroom and search me, but I

Page 47

1       didn't find out until her brother called.
2   Q. So how long after the police left did
3       Rolando call the apartment?
4   A. Five minutes.
5   Q. And when he called, did you speak to him at
6       all?
7   A. No.
8   Q. Where was the phone in the apartment, if you
9       remember?
10  A. We had a cordless.
11  Q. And so Jacqueline answered the phone?
12  A. Yes.
13  Q. And were you aware that she was speaking to
14      Rolando?
15  A. Yes.
16  Q. And what do you remember hearing her say to
17      him?
18  A. She was telling him about the house. They
19      broke this, they broke that. Simple stuff,
20      but I can't remember anything besides that.
21      I can't.
22  Q. Okay. And just to back up, because we
23      skipped over, when the officers left the
24      apartment, what's the first conversation --

Page 48

1       what was the first thing that was said
2       between you and Jacqueline?
3   A. I let her know what just happened.
4   Q. And what do you remember saying to her
5       specifically?
6   A. That when he took me to the bathroom, he
7       told me to take off my clothes piece by
8       piece, told me to bend over, and I told her
9       that he stuck his finger up. That's what I
10      told her.
11  Q. And when you were telling her this, where
12      were you? Were you in the living room?
13  A. Yes. We were in the same facility right
14      here. She was right there talking on the
15      phone.
16  Q. So in the same area?
17  A. Yes.
18  Q. And this was a conversation that you had
19      with Jacqueline before Rolando called?
20  A. Yes, so then when he called --
21  Q. I'm sorry to interrupt, but did she tell you
22      that any drugs had been found?
23  A. Yes. She asked her brother, "Did they find
24      anything?" And then he said, "Yes. They

Page 49

1       found drugs in my son's stuffed animal."
2       That's where he was keeping it at.
3   Q. Are you aware that any ammunition was found
4       in a hole in the wall?
5   A. Yes.
6   Q. And was that in the living room?
7   A. That was behind where I was. That was
8       behind where I was. I was sitting on this
9       sofa. Behind me, there was this thing.
10      That hole was already there, but we did know
11      about that and stuff.
12  Q. So you were there when the police found
13      that?
14  A. Yes.
15  Q. To your understanding, did they find that on
16      their own or did they specifically go there
17      to find the hole?
18  A. Jacqueline told them.
19  Q. Jacqueline told them where it was?
20  A. Yes.
21  Q. Okay. So after Jacqueline spoke to Rolando,
22      did she tell you anything that he said?
23  A. Let me see if I can remember. She told him
24      about what happened to me. Then I think

13 (Pages 46 to 49)

Page 50

1   from what she said, that he spoke to his
2   lawyer or something, and said that he was
3   going to speak because he didn't know that
4   that was the right thing. I thought it was
5   part of the procedure, to tell you the
6   truth. They ran my name. I told her that
7   was the first time that ever happened to
8   me. So I thought it was part of the
9   procedure. So she felt like it wasn't.
10  They raided my house. I was clean. They
11  frisked me three times. I had nothing to do
12  with the whole incident. I wasn't the one
13  that they were looking for; but yes, yet,
14  they still went ahead with the cavity
15  search.
16  Q. And you said they ran your name. When did
17     they do that?
18  A. After the second frisk, they ran my name.
19     Then they ran her name at the same time.
20  Q. And how did they do that? Did they have --
21  A. They had walkie-talkies or whatever you call
22     them things.
23  Q. So the officer who was in the living room
24     kind of called in your --

Page 51

1   A. My name.
2   Q. And how did he get your information? Did
3      the officer just ask you?
4   A. Yes.
5   Q. Did he take any identification from you?
6      Was any identification taken from you at any
7      point?
8   A. I don't remember if I gave him my license or
9      not. They just asked me for my name. Yes,
10     he just asked me for my name, and they ran
11     it down and it came out clean.
12  Q. I'm sorry. So you were telling me what she
13     was telling you that Rolando said and there
14     was something about him speaking to his
15     lawyer?
16  A. About a lawyer to see if what happened to me
17     was accurate or not; and basically, he spoke
18     to -- I think he called -- I don't know when
19     was the next time he called, but I know he
20     called. I wasn't there because after this,
21     I was stressing.
22  Q. Well, just to try and take this
23     chronologically so it makes sense, after
24     Rolando called and Jacqueline spoke to him,

Page 52

1   what's the next thing that you remember
2   happening?
3   A. They were just talking.
4   Q. So she gets off the phone and she tells
5      you --
6   A. What he said.
7   Q. Did the two of you stay in the apartment
8      that day?
9   A. Yes. We cleaned up the apartment; and later
10     on that night, she called her mother.
11  Q. Later on that night?
12  A. Around eight or nine o'clock that night.
13  Q. And where was she and where were you when
14     she called your mother?
15  A. I don't remember that.
16  Q. But you remember her speaking to her mother?
17  A. Yes.
18  Q. And do you remember hearing anything that
19     she said?
20  A. No, sir.
21  Q. After she got off the phone, did she tell
22     you about anything that was said?
23  A. She basically told me that she thinks that I
24     had a case in my hands, you know, because of

Page 53

1   how everything went. So that's basically
2   it.
3   Q. And is that something that her mother had
4      told her or is Jacqueline telling you what
5      she thought?
6   A. It was just a suggestion. Like her brother
7      gave her this suggestion. It wasn't
8      something we were going to be like, yes, we
9      are taking them to court. Just to find out
10     some information, so that's how she went
11     about it. She asked her brother to talk to
12     his lawyer to find information, let them
13     know what happened, to see if this was
14     right, if it was the right thing to do.
15  Q. And you said that Rolando called back later
16     that day?
17  A. I don't know, but I know he called back
18     because she said it. I don't know when or
19     where, what time. I don't know.
20  Q. Did you leave the apartment at any point
21     that day?
22  A. Yes, I did. I went to go take a walk.
23  Q. And when did you do that?
24  A. I would say in the afternoon. From

Page 62

honestly, I'm going to be honest with you, it's just I never pay mind but now I regret skipping school or acting up or whatever. If I knew a little bit about raids and how the law is about when doing these searches and types of things, then I would have decided right off the bat what I'm about to do; but since I didn't know anything, I just went along with it until I got advice. I got advice from Jackie, from her mother. They found information and I just decided, I'm okay. Let's give this a shot. If this is not right, I need to have justice for this, because this is something that it put me through a lot of pain.

Q. When you say, "justice for this," what do you mean?

A. I mean, I see all around TV, accidents do happen and people want justice for what the other person did to them. I found out that this is wrong, that that was illegal to do so I want justice.

Q. Do you mean money when you say "justice"?

A. It's half and half, because I really don't

Page 63

care, but yes. On the other hand, yes, if that's the only thing that I could get, you know, but I just want him to understand what he did was wrong.

Q. Have you seen the officer since this happened?

A. No. I haven't seen none of them.

Q. Have you ever -- well, we established before you haven't been to a doctor since this incident?

A. No, I haven't.

Q. You have not?

A. No, I haven't.

Q. Your complaint alleges the emotional distress that you suffered after this, and we talked about that. And is it fair to say that you -- well, let me ask you, did you ever have any problems with feeling sort of depressed before this incident?

A. Yes. I always felt like that. Not like totally depressed; but I mean, I've been through a rough, rough life. My life has been rough. I don't want to leap into it, but I've been through a lot; and trying to

Page 64

raise a family, then things not working out, not finding a job, school and all this, it's just basically life is rough for me. It's been rough.

Q. I know you don't want to get too much into it. We won't. Just tell me generally, before this incident, when you say that you've had a rough life and the things that sort of affect how you feel --

A. The big thing that affected my life, it was when I was a child. My father -- I could literally say I had an abusive father. He used to just -- the only one he used to beat was my mom. He would come home drunk from work and take it out on my mother. So me as a kid, I used to see that. That's changed. That's been changed now, but it was just as a child. It was traumatizing growing up in a household like that. It's just stressful. I grew up and it's like I have nightmares about it. Me and my girl got into an argument. It's like anger. It's like it comes back out. I was trying to get away from that. Once I turned 18, I had to

Page 65

see my first son, which is Gabriel. I tried to move on. But yet, besides everything else, it's work, them, my parents. Everything was just stressful, basically.

Q. Did you tell any of your friends about what happened?

A. No, sir. I can't do that.

Q. Did you ever tell your mother about what happened?

A. No. I told her that they came by the house looking for me, but she knows that that's my lawyer.

Q. You mean relating to this deposition?

A. Yes, this case.

Q. But you haven't told her about the specifics about what --

A. No. She doesn't know.

Q. Aside from Jacqueline, have you ever spoken directly to Jacqueline's mother about what happened?

A. Yes. I think one time after it happened. I think we went up -- I think so.

Q. Do you remember the conversation, what it was about?

17 (Pages 62 to 65)

Page 66

1  A. She basically like asked me what happened,
2     and I told her what happened. We went into
3     the bathroom, take the clothes off. No. 1,
4     this is what he had to do; and she asked me
5     how do I feel. Then she gave me advice to
6     go to the doctors, have it checked, but I
7     just couldn't.
8  Q. Was it shortly after the incident that you
9     spoke to Jacqueline's mother?
10 A. Not shortly. It was like two or three days
11    when we were face to face because she lives
12    out in Maine. We live in Boston.
13 Q. So the conversation was in person, not on
14    the phone?
15 A. In person, yes.
16 Q. So aside from Jacqueline and Jacqueline's
17    mother and your attorney, have you spoken to
18    anyone about what happened?
19 A. No, sir. This is something I will keep.
20 Q. I'm almost done. You say the officer who
21    instructed the black officer to take you
22    into the bathroom, you had heard him
23    speaking Spanish?
24 A. Yes. This was like in the beginning, way

Page 67

1     before.
2  Q. Do you remember what color hair he had at
3     all, that officer had?
4  A. Yes. I think it was like -- not dark brown
5     but like a little light brown. Yes, like a
6     light brown hair.
7  Q. And the last time you had any contact with
8     Rolando was the day of this incident?
9  A. Yes, sir.
10 Q. And you had to move, you and Jacqueline and
11    Gabriel had to move from this apartment
12    because of the fact that drugs were found in
13    that apartment?
14 A. Yes, and because the landlord had to know.
15    I don't know if the officers told him or
16    not, but they sent us a letter, a notice
17    saying we got two weeks' notice or something
18    like that. So we had to leave because of
19    the incident, yes.
20 Q. You said that you threw away the gloves that
21    you found that were left in the bathroom.
22    When you were cleaning up after the search,
23    did you throw away any other gloves?
24 A. Everything.

Page 68

1  Q. Were there other gloves?
2  A. Yes. From all of the other cops, when they
3     were searching, because the whole house was
4     all messed up anyways so why not just take
5     off their gloves? They threw them on the
6     floor and went about their business.
7     MR. COX: Okay. I don't have any
8  other questions. If you could just sign
9  that down in the corner and put today's
10 date.
11    THE WITNESS: (Witness complies)
12    MR. COX: Thank you very much.
13    THE WITNESS: You're welcome.
14 Thank you.
15    (Diagram marked as Exhibit 1
16    for identification)
17    (Whereupon, the deposition was
18    concluded at 2:35 p.m.)

Page 69

2        DEPONENT'S ERRATA SHEET
3        AND SIGNATURE INSTRUCTIONS

5     The original of the Errata Sheet has
6  been delivered to Stephen Hrones, Esq.
7     When the Errata Sheet has been
8  completed by the deponent and signed, a copy
9  thereof should be delivered to each party
10 of record and the ORIGINAL delivered to
11 Stephen G. Cox, Esq., to whom the original
12 deposition was delivered.

15      INSTRUCTIONS TO DEPONENT
        After reading this volume of your
16 deposition, indicate any corrections or
   changes to your testimony and reason
17 therefor on the Errata Sheet supplied to you
   and sign it. DO NOT make marks or notations
18 on the transcript volume itself.

20 REPLACE THIS PAGE OF THE TRANSCRIPT
   WITH THE COMPLETED AND SIGNED ERRATA
21 SHEET WHEN RECEIVED.