# **EXHIBIT B**

Pages 1-37

## BOSTON POLICE DEPARTMENT

INTERNAL AFFAIRS DIVISION
IAD CASE NO.: 101-03

### INTERVIEW OF IVAN SANTIAGO

Requested By:   Sergeant Detective Anthony V. Feudo

Held at:        Boston Police Headquarters
                1 Schroeder Plaza
                Boston, Massachusetts 02120

Taken on:       May 13, 2003

13

1    A.    Yes.

2    Q.    That's the front hallway; right?

3    A.    She was set right there and I was on that sofa but
4           we had it decorated, the house a different way.

5    Q.    And you could actually see her from the
6           livingroom; right?

7    A.    Yes.

8    Q.    And she could see you?

9    A.    Yes.

10    Q.    Did you hear any conversation between the police
11          officers and Jacqueline at all?

12    A.    No.

13    Q.    While you were seated in the living; right, during
14          that whole time, did you ever ask the officers if
15          you could use the bathroom?

16    A.    No, I never did.

17    Q.    Did any officer ever approach you and take you
18          into the bathroom?

19    A.    No, they just, he, when they took my brother-in-
20          law, then one cop I heard him say, check him.
21          This is before they already searched me two or
22          three times. They frisked me.

23    Q.    Okay, they patted you down?

24    A.    Yes, two or three times.

1  Q.  Okay, when they were taking Rolando out, one of
2      the officers said, search him too?
3  A.  They already took him.
4  Q.  Okay.
5  A.  So then an officer asked him, is he fine? And he
6      said, check him. Check him, I forget the words
7      that he said, but check him because we found some
8      drugs.
9  Q.  How much longer was it after they took Rolando out
10     that this officer told the other officers to check
11     you?
12 A.  Two or three minutes.
13 Q.  Okay, and could you describe the officer that told
14     the officers to check you too?
15 A.  He's about, can I stand up?
16 Q.  Absolutely?
17 A.  He was about, I'm like 5'5", so he was about this
18     tall.
19 Q.  So he was about 5'9"?
20 A.  Yes.
21 Q.  And was he a black officer?
22 A.  Yes.
23 Q.  And how much did he weigh; do you know? Was he
24     medium build?

1  A. Yes.

2  Q. Did he have glasses or hair?

3  A. No.

4  Q. No facial hair. And how old was he; do you know?

5  A. No, I have no idea.

6  Q. And this was two or three minutes after Rolando

7     was taken out?

8  A. Yes.

9  Q. And how many officers were present during this

10    time?

11 A. Four.

12 Q. When he said to the other officers, check him too,

13    how many officers were there?

14 A. Four.

15 Q. There were four. And could you describe the other

16    officers that were present?

17 A. There was --

18 Q. Who did he direct that to? Who did that black

19    officer direct that question to, make sure you

20    check him too?

21 A. It was the Spanish guy. The Spanish guy directed

22    it to the officer that was next to me.

23 Q. The Spanish -- you first said that the black

24    officer said, make sure you check him too?

16

| | | |
|---|---|---|
| 1 | A. | When they took him the Spanish cop that came from |
| 2 | | my son's room, he came out and directed it. He |
| 3 | | said, make sure that you check him. The guy that |
| 4 | | was next to me he asked him, am I fine? Meaning |
| 5 | | are the going to cuff me. Then the Spanish one |
| 6 | | said, check him. Take him to the bathroom and |
| 7 | | check him. |
| 8 | Q. | Okay, could you describe the Spanish officer? |
| 9 | A. | He was short. He had about -- |
| 10 | Q. | How short? |
| 11 | A. | Shorter then me. I could look straight -- |
| 12 | Q. | You're about 5'6", so you're talking about 5'3" or |
| 13 | | so? |
| 14 | A. | Yeah. |
| 15 | Q. | And was he clean shaven? |
| 16 | A. | I don't remember. |
| 17 | Q. | With glasses on? |
| 18 | A. | No, he didn't have no glasses. |
| 19 | Q. | Was he medium skin? |
| 20 | A. | He was light. |
| 21 | Q. | And how old was he; do you know? |
| 22 | A. | Nope. |
| 23 | Q. | And when the Spanish officer said, check him too, |
| 24 | | he directed that to a black officer; right? |

17

1  A. Yes.

2  Q. And that's the black officer you've just described

3     to me?

4  A. Yes.

5  Q. 5'9", black male, medium build. How about

6     clothing? What was he wearing?

7  A. He had an army shirt with some black or blue

8     pants.

9             MR. HRONES: Who are we talking

10    about now?

11            SERGEANT DETECTIVE FEUDO: We're

12    talking about the black officer that he

13    directed it to.

14 Q. The Spanish officer directed to the black officer

15    to check him too; right?

16 A. Yes.

17 Q. And how old was this black officer; did you say?

18 A. I have no idea. He's probably mid-twenties or

19    thirties. I don't know.

20 Q. Okay, and could you tell me what you wearing that

21    day?

22 A. That's a hard question.

23 Q. Do you remember?

24 A. Not really, I had just a short sleeved shirt with