# EXHIBIT D

Pages 1-48

## BOSTON POLICE DEPARTMENT

INTERNAL AFFAIRS DIVISION
IAD CASE NO.: 101-03

### INTERVIEW OF JACQUELINE LUGO

Requested By:   Sergeant Detective Anthony V. Feudo

Held at:        Boston Police Headquarters
                1 Schroeder Plaza
                Boston, Massachusetts 02120

Taken on:       May 7, 2003

13

```
1    A.   Neon orange.
2    Q.   And did he had a chain around his neck with a
3         badge?
4    A.   Yes, he did.
5    Q.   And did the grey shirt say anything at all?
6    A.   No.
7    Q.   Like did it say Boston Police?
8    A.   No, he had a hat on as well.
9    Q.   What kind of a hat?
10   A.   A baseball cap.
11   Q.   And what color was that?
12   A.   I'm not sure.
13   Q.   And when he escorted him -- was there a
14        conversation prior to him escorting him into the
15        bathroom?
16   A.   It was beside the sofa because the search was
17        almost over actually.
18   Q.   Okay, but was there a conversation prior to him
19        being escorted to the bathroom?  Did he say
20        something to him prior to going to the bathroom?
21        Did he say, come on, I want you to go into the
22        bathroom?
23   A.   No.
24   Q.   You just saw him escort him into the bathroom?
```

*Lee & Associates * Certified Court Reporters * (781) 848-9693*

245

14

| | | |
|---|---|---|
| 1 | A. | Yes, he was given the order by another officer to |
| 2 | | escort him into the bathroom. |
| 3 | Q. | Who was that? |
| 4 | A. | It was a Spanish officer, short, Spanish officer |
| 5 | | with curly hair. |
| 6 | Q. | And how tall was this officer? |
| 7 | A. | He was short so I want to say maybe like 5'3"; |
| 8 | | 5'4". |
| 9 | Q. | About how old; do you know? |
| 10 | A. | About thirty-five, thirty-six. |
| 11 | Q. | What was he wearing; do you know? |
| 12 | A. | He was wearing a suit. He was wearing almost like |
| 13 | | a squad uniform. |
| 14 | Q. | Police uniform? |
| 15 | A. | Yes, it wasn't an officer uniform. It was |
| 16 | | different. It was like an all blue -- |
| 17 | Q. | Jump suit? |
| 18 | A. | Right, with a lot of pockets. |
| 19 | Q. | Was it black? Was it pitch black? |
| 20 | A. | Black or navy blue. |
| 21 | Q. | We call them BVDs? |
| 22 | A. | Yeah. |
| 23 | Q. | Battle dress? |
| 24 | A. | Yeah. |

Lee & Associates * Certified Court Reporters * (781) 848-9693

15

| | | |
|---|---|---|
| 1 | Q. | Battle dress uniform? |
| 2 | A. | Yeah. |
| 3 | Q. | And was he carrying a firearm? |
| 4 | A. | Yes. |
| 5 | Q. | What was he carrying; do you know? |
| 6 | A. | He was carrying a gun, handcuffs, he had like a |
| 7 | | belt? |
| 8 | Q. | He didn't have an automatic weapon though; did he? |
| 9 | A. | An automatic weapon? |
| 10 | Q. | Did he had a rifle? |
| 11 | A. | No. |
| 12 | Q. | And he had these pockets.  Did they look like |
| 13 | | parachute pants? |
| 14 | A. | Yeah. |
| 15 | Q. | And how about the jacket? Did the jacket have a |
| 16 | | lot of pockets in front as well? |
| 17 | A. | The vest in front had about two pockets or a |
| 18 | | pocket on each side. |
| 19 | Q. | And what color was the vest? |
| 20 | A. | I think it was black. |
| 21 | Q. | Black vest? |
| 22 | A. | Yeah, it was black or navy. |
| 23 | Q. | And what did he say to the black officer? |
| 24 | A. | At the end of the search when they were about to |

16

1  leave the apartment, he was in the hallway and I
2  remember him saying to the black officer who was
3  sitting on the sofa, he said, you want to get him,
4  go to the back because the other one had some in
5  his butt.
6  Q. And were all the officers wearing gloves at that
7     time?
8  A. No, there were only three officers left at the
9     time when this happened.
10 Q. Okay, only three, the Hispanic, the black officer
11    and could you give us a description of the other
12    officer that was there?
13 A. There was a Caucasian one. The one that showed me
14    the search warrant.
15 Q. Okay, and could you describe him?
16 A. He was light, he was Caucasian, white, tall. He
17    was taller than the Spanish one and the black one.
18 Q. About 6' tall then?
19 A. Yeah, he had like brownish, blonde hair?
20 Q. Okay, did he tell you who he was?
21 A. No.
22 Q. Did he identify himself as a sergeant in the
23    Boston Police Department?
24 A. No, he just showed me the warrant.

*Lee & Associates * Certified Court Reporters * (781) 848-9693*

17

| | | |
|---|---|---|
| 1 | Q. | And what was he wearing; do you know? |
| 2 | A. | He was wearing a white t-shirt, I think with some |
| 3 | | jeans. |
| 4 | Q. | Did he have his badge around his neck? |
| 5 | A. | Yes. |
| 6 | Q. | Okay, when the Hispanic officer told the black |
| 7 | | officer to check his butt; is that what he said? |
| 8 | A. | Yes. |
| 9 | Q. | To check his butt, to take him in the bathroom and |
| 10 | | check he butt? |
| 11 | A. | Yeah, he said his butt, his behind. |
| 12 | Q. | His behind, okay. And how long were they, it was |
| 13 | | just the two of them; right? |
| 14 | A. | Yes. |
| 15 | Q. | It was just the two of them? The black officer |
| 16 | | and Ivan in the bathroom? |
| 17 | A. | Yeah. |
| 18 | Q. | And how long were they in there before they came |
| 19 | | out? |
| 20 | A. | About five minutes. |
| 21 | Q. | Okay, and when they came out did the black officer |
| 22 | | say anything to his comrades? |
| 23 | A. | He's all set. He's okay. |
| 24 | Q. | He's okay and was Ivan fixing his pants at all or |