# **EXHIBIT E**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 CV 10746 JLT

IVAN SANTIAGO,
    Plaintiff

v.

WILLIAM J. FEENEY and
MARCUS EDDINGS,
    Defendants

## AFFIDAVIT OF SERGEANT DETECTIVE WILLIAM J. FEENEY

I, William J. Feeney, do hereby state as follows:

1. I am a Sergeant Detective in the Boston Police Department.
2. I have been employed by the Boston Police Department for 19 years.
3. On March 20, 2003, at approximately 10:53 a.m., members of the Area B-2 Drug Control Unit executed a Search Warrant at 58 Cheney Street, Apt. 5, under my supervision.
4. I am not Hispanic or Spanish.
5. I am of Irish and French-Canadian descent.
6. I do not know the Spanish language, nor do I speak Spanish, at all.
7. I have red hair and did on March 20, 2003.

Signed under the pains and penalties of perjury this _2 ND_ day of November, 2006.

                                              William J. Feeney
                                              Sergeant Detective
                                              Boston Police Department

1