UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
IVAN SANTIAGO,                              )
    Plaintiff,                              )    C.A. No. 04-0746-JLT
                                            )
v.                                          )
                                            )
WILLIAM J. FEENEY, MARCUS EDDINGS,          )
AND THE CITY OF BOSTON,                     )
    Defendants                              )
_____ )

### PLAINTIFF'S SUPPLEMENT PRE-TRIAL MEMORANDUM

The Plaintiff respectfully submits the following supplement Pre-Trial witness list.

Plaintiff inadvertently listed "Mrs. Cruz" as a witness. The correct witness name is Gladys Colon. Thus Gladys Colon should be listed as proposed witness No. 14.

    Respectfully Submitted,
    The Plaintiff, Ivan Santiago
    By his attorneys,

    //s// Jessica D. Hedges
    Jessica Hedges (BBO#645847)
    Stephen Hrones (BBO# 242860)
    Hrones, Garrity & Hedges
    Lewis Wharf – Bay 232
    Boston, MA 02110-3927
    (617) 227-4019

CERTIFICATE OF SERVICE

I, Jessica D. Hedges, hereby certify that, on this 3rd day of November, 2006, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

<ul><li>/s// Jessica D. Hedges<br>Jessica D. Hedges</li></ul>