UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   04 CV 10746 JLT

IVAN SANTIAGO,
    Plaintiff

v.

WILLIAM J. FEENEY, MARCUS EDDINGS
    Defendants

## JOINT WITNESS LIST

Pursuant to this Court's order, the parties hereby submit a list of each of their witnesses:

**1.   NAMES AND ADDRESSES OF DEFENDANTS' WITNESSES AND TIME NEEDED**

**Sgt. Detective William Feeney – Defendant**

Time Needed for Direct Examination: Approximately 45 minutes

**Officer Marcus Eddings – Defendant**

Time Needed for Direct Examination: Approximately 60 minutes

**Officer Juan Seoane**

Time Needed for Examination: Approximately 30 minutes

**Officer Paul Quinn**
Time Needed for Examination: Approximately 30 minutes

Defendants reserve the right to call additional witnesses for purposes of rebuttal, to call any of the witnesses listed herein by the Plaintiff in their case in chief, and to make timely supplements to this listing.

## 2. PLAINTIFF'S PROPOSED WITNESSES[1]

**Ivan Santiago-Plaintiff**
Time Needed for Direct Examination: Approximately 60 minutes

**Jacqueline Lugo**
Time Needed for Direct Examination: 45 minutes

**Gladys Colon**
Time Needed for Direct Examination: 15 minutes

**Officer Kenneth Hearns**
Time Needed for Direct Examination: 15 minutes

**Officer John Broderick**
Time Needed for Direct Examination: 15 minutes

**Officer Clifton Haynes**
Time Needed for Direct Examination: 15 minutes

**Officer Roy Frederick**
Time Needed for Direct Examination: 15 minutes

**Sgt. Detective William Feeney – Defendant**
Time Needed for Direct Examination: Approximately 45 minutes

**Officer Marcus Eddings – Defendant**
Time Needed for Direct Examination: Approximately 60 minutes

**Officer Juan Seoane**
Time Needed for Examination: Approximately 15 minutes

**Officer Paul Quinn**
Time Needed for Examination: Approximately 30 minutes

---

[1] While the Plaintiff has proposed these various witnesses, the Defendants reserve their rights to object to their admission in light of this Court's ruling on Defendants' various Motions in Limine.

| | |
|---|---|
| PLAINTIFF, IVAN SANTIAGO<br>By his attorney: | Respectfully submitted,<br>DEFENDANTS WILLIAM J. FEENEY and<br>MARCUS EDDINGS<br>By their attorneys: |
| /s/ Stephen Hrones<br>_____<br>Stephen Hrones<br>Stephen Hrones, Esq.<br>Hrones & Garrity<br>Lewis Wharf, Bay 232<br>Boston, MA  02110 | /s/ Helen G. Litsas<br>Thomas Donohue, BBO #643483<br>Helen G. Litsas, BBO# 644848<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4039 (Donohue)<br>(617) 635-4023 (Litsas) |
| Dated: November 3, 2006 | |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 3, 2006.

/s/ Helen G. Litsas
Helen G. Litsas