**Defendant Marcus Eddings's Proposed Pre-Trial Jury Instruction**

**Lawfulness of Plaintiff Ivan Santiago's Strip Search**

During this case you will hear evidence that the Defendant, Sergeant Marcus Eddings, of the Boston Police Department, strip searched the Plaintiff, Ivan Santiago, on March 20, 2003. I have already decided that this strip search was lawful. Therefore, the only issue for you to decide is whether or not Sergeant Eddings conducted a body cavity search of Plaintiff Santiago. That is, whether Sergeant Eddings inserted his finger into the Plaintiff's rectum during the March 20, 2003 search.