UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IVAN SANTIAGO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. 04-10746-JLT |
| | * | |
| WILLIAM J. FEENEY and | * | |
| MARCUS EDDINGS, | * | |
| | * | |
| Defendants. | * | |

ORDER

November 3, 2006

TAURO, J.

This court hereby orders that Defendant William Feeney's Motion for Summary Judgment [#58] is ALLOWED.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge