VOLUME: I

PAGES: 1 to 71

EXHIBITS: One

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action

No. 04 CV 10746 JLT

| | |
|---|---|
| IVAN SANTIAGO, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM J. FEENEY, | ) |
| MARCUS EDDINGS, and | ) |
| the CITY OF BOSTON, | ) |
|     Defendants. | ) |

DEPOSITION of IVAN SANTIAGO, a witness called on behalf of the Defendants, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Myriam A. Maracas, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the City of Boston Law Department, City Hall, Boston, Massachusetts, on Tuesday, January 18, 2005, commencing at 1:20 p.m.

1   A.  She lives in Portland, Maine.

2   Q.  Do you know her address?

3   A.  No. I do have it, but I don't know it off

4       the top of my head.

5   Q.  Okay. Did you speak to Rolando Lugo about

6       today's deposition?

7   A.  No. I haven't seen him since the incident.

8   Q.  You haven't seen him at all since March of

9       2003?

10  A.  Right.

11  Q.  Was that the last time you spoke to him?

12  A.  That's the last time I seen or spoke to

13      him.

14  Q.  Do you know where he lives?

15  A.  No, sir.

16  Q.  Did you review any documents before coming

17      here today?

18  A.  Yes.

19  Q.  And what documents did you review?

20  A.  I don't know how to put it. The same things

21      we're doing right now; but I did it with

22      Internal Affairs, because it's been a while.

23  Q.  Sure. The transcript from Internal Affairs?

24  A.  Thank you. I didn't know what it was

```
 1
        COMMONWEALTH OF MASSACHUSETTS)
 2
        SUFFOLK, SS.                 )
 3
 4          I, Myriam A. Maracas, Registered
        Professional Reporter and Notary Public in
 5      and for the Commonwealth of Massachusetts,
        do hereby certify that there came before
 6      me on the 18th day of January 2005, at
        1:20 p.m., the person hereinbefore named,
 7      who was by me duly sworn to testify to the
        truth and nothing but the truth of his
 8      knowledge touching and concerning the
        matters in controversy in this cause; that
 9      he was thereupon examined upon his oath, and
        his examination reduced to typewriting under
10      my direction; and that the deposition is a
        true record of the testimony given by the
11      witness.
12          I further certify that I am neither
        attorney or counsel for, nor related to or
13      employed by, any attorney or counsel
        employed by the parties hereto or
14      financially interested in the action.
15          In witness whereof, I have hereunto
        set my hand this 20th day of January, 2005.
16
17

                    Myriam Maracas
18                  Myriam A. Maracas
                    Notary Public
19                  My commission expires 1/6/06
20
21
22
23
24
```