Pages 1-48

## BOSTON POLICE DEPARTMENT

INTERNAL AFFAIRS DIVISION
IAD CASE NO.: 101-03

### INTERVIEW OF JACQUELINE LUGO

Requested By: Sergeant Detective Anthony V. Feudo

Held at: Boston Police Headquarters
1 Schroeder Plaza
Boston, Massachusetts 02120

Taken on: May 7, 2003

18

| | | |
|---|---|---|
| 1 | | was he -- |
| 2 | A. | Yeah. |
| 3 | Q. | What was he doing? |
| 4 | A. | Fixing his belt on this pants. |
| 5 | Q. | His belt, okay, what color was his belt? |
| 6 | A. | He had a black belt. |
| 7 | Q. | And then the officers left; is that correct? |
| 8 | A. | Yes. |
| 9 | Q. | Did the officer leave anything behind at all? |
| 10 | A. | Gloves. |
| 11 | Q. | And how many gloves? How many pairs of gloves? |
| 12 | A. | Several pairs. They were purple latex. |
| 13 | Q. | Were they left all over the apartment or were they |
| 14 | | left in just one room? |
| 15 | A. | There was some left in the bathroom and the |
| 16 | | kitchen, the room, in my sink, in my son's room |
| 17 | | and the livingroom. I still have a pair. |
| 18 | | MR. HRONES: She has a pair now. |
| 19 | A. | Yeah, I found them in my dirty laundry the other |
| 20 | | day. |
| 21 | | MR. HRONES: Because apparently they |
| 22 | | go through the laundry. |
| 23 | Q. | Was there a pair in the bathroom? |
| 24 | A. | Yes. |

*Lee & Associates * Certified Court Reporters * (781) 848-9693*

250

19

1   Q.   Just one pair?

2   A.   Yes.

3   Q.   And the pair you found, was that the pair in the

4        bathroom?

5   A.   No, it wasn't. The ones that I found were in my

6        dirty laundry.

7   Q.   After the officers left they arrested Mr. Lugo; is

8        that right?

9   A.   After they had left?

10  Q.   I mean they had arrested your brother; is that

11       correct?

12  A.   Yeah.

13  Q.   After the three officers left, did Ivan say

14       anything to you at all?

15  A.   Yeah.

16  Q.   And what did Ivan say?

17  A.   I said, are you okay? And then he said, yeah, I'm

18       fine. And he said, are you all right? And I said

19       yes. I said, what happened? And he said, they

20       checked my butt.

21  Q.   And did he describe how they checked his butt?

22  A.   I said, what do you mean they checked your butt?

23       What did he do? They made you squat or something

24       and cough or whatever? He said, no, he told me to

Lee & Associates * Certified Court Reporters * (781) 848-9693