CASE NO. (CIVIL) (CRIMINAL)  CA 04-10746

TITLE: IVAN SANTIAGO  VS MARCUS EDDINGS

## J U R Y   P A N E L

(1. DAVID R. LENT, 18
(2. JOSÉ M. CHAVES, 2
(3. JEFF PUPA, 15
(4. SALLY W. QUIGLEY, 5
(5. DANIEL S. CATALANO, 26
(6. GENNARO PETRUZZIELLO, 14

(7 NICHOLAS J. GUARINO, 8
(8 JOHN C. GOODMAN, 12
(9
(10
(11
(12

Alternate # 1

Alternate # 2

Alternate # 3

Alternate # 4

(PLTFF) (GOV'T)    W I T N E S S E S    DEFENDANT

1. MARCUS EDDINGS, 11/6/06
2. GLADYS CRUZ, 11/6/06
3. WILLIAM J. FEENEY, 11/6/06
4. JACKIE LUGO, 11/7/06
5. OFFICER JUAN SEOANE 11/7/06
6. OFFICER PAUL QUINN, 11/7/06; 11/8
7. IVAN SANTIAGO 11/8/06
8.
9.
10.
11.
12.
13.
14.

1. SGT. MARCUS EDDINGS, 11/8/06
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.