AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __MASSACHUSETTS__

IVAN SANTIAGO v. MARCUS EDDINGS

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CA 04-10746

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOSEPH L. TAURO | STEVE HRONES; HEDGES | LITSAS, DONOHUE |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11/6/06 to | CAROL SCOTT | ZITA LOVETT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| B | | 11-6-06 | ✓ | ✓ | PHOTO OF GLOVES : EDDINGS |
| C | | " " | ✓ | ✓ | PHOTO OF BATHROOM : " " |
| D | | " " | ✓ | ✓ | PHOTO OF LIVINGROOM : " " |
| ~~E~~ | | 11-8-06 | ✓ | ✓ | BOSTON POLICE REPORT — NOT ADMITTED |
| ~~F~~ | | " " | ✓ | ✓ | AFFIDAVIT OF ~~IAN~~ TRUTA — NOT ADMITTED |
| ~~G~~ | 1 | " " | ✓ | ✓ | BOSTON POLICE - CRIME LAB ADMITTED EDDINGS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages