UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IVAN SANTIAGO
      Plaintiff,
v.                              CASE NO. 04-10746-JLT

MARCUS EDDINGS,
      Defendant.

**VERDICT FORM**

1. Has the plaintiff, Ivan Santiago, proven by a preponderance of the evidence that the defendant, Marcus Eddings, inserted his finger in the plaintiff's anal cavity on March 20, 2003?

   Yes_____              No ✓

   (If your answer to question 1 is "No", you need go no further. If your answer is "Yes", go on to question 2.)

2. Do you find that the Plaintiff, Ivan Santiago, has established by a preponderance of the evidence that Marcus Eddings's action proximately caused the Plaintiff to suffer any emotional or physical injury?

   Yes_____              No_____

   (If your answer to question 2 is "No", you need go no further. If your answer is "Yes" go to question 3)

3. What sum of money will fully and fairly compensate plaintiff for damages proximately caused by the defendant's conduct,

   Amount in figures: $_____    Amount written in words: $_____

   _David Ray Rust_ (signature)
   Foreperson,
   Date: _November 13, 2006_