# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IVAN SANTIAGO,
     Plaintiff,

     v.                                CIVIL ACTION NO.04-10746-JLT

MARCUS EDDINGS,
     Defendant.

## JUDGMENT IN A CIVIL CASE

TAURO, D.J.

**X**    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues  have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED :**    Judgement for the DEFENDANT.

                           Sarah Thornton, Clerk
                               /s/

Dated: November 17, 2006                 Zita Lovett                    Deputy Clerk